Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ronald Cupp                        )   CASE NO: **CV 12 80 180 MISC EMC**
                                   )
    Plaintiff,             )
                                   )   NOTICE OF SETOFF AND TENDER in
    vs.                    )   4640 ARLINGTON AVENUE,
                                   )   SANTA ROSA, CA 95407
GENERAL PUBLIC ET AL               )   APN: 134-251-063-000
                                   )
    Defendants.            )
                                   )
_____)

**TO ALL PARTIES, ATTORNEY'S OF RECORD AND THE GENERAL PUBLIC:**

THE ATTACHED/FOLLOWING IS FILED/PUBLISHED FOR YOUR KNOWLEDGE,

INFORMATION AND PURPOSES AND MAKES THE RECORD OF THE ITEMS WITHIN

THE INSTRUMENT(S).

GOVERN YOURSELVES ACCORDINGLY

 

Ronald Cupp, Plaintiff in Pro Per
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929

# NOTICE TO SETOFF ACCOUNTS

Notice by:     Ronald V Cupp, Principal
c/o Angelle Wertz, Notary Public
4450 Miles Avenue
Santa Rosa, California 95407

Date of Notice:    26 September 2011

Notice for:     IRS Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Service by:    Registered Mail Article No. **RE 005 836 943 US**, with return receipt

In the matter of:    Enclosed tender for setoff

Please find enclosed, the following instruments:

1. <u>original</u> Mortgage Statement of Account, issued by Everhome Mortgage Company. and dated September 13, 2011, duly indorsed as follows:
   "ACCEPT FOR VALUE – RETURN FOR VALUE"
   "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
   "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
   "ADJUST THE BALANCE TO ZERO"
   "PRIVATE PREPAID TREASURY EXEMPTION # 550926446"
   "CHARGE THE SAME TO: RONALD V CUPP 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"
   "(signature) (date)"; and

2. <u>original</u> I.R.S. Form 1040-ES, Payment Voucher, duly indorsed as follows:
   "ACCEPTED FOR VALUE – RETURNED FOR VALUE"
   "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
   "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
   "ADJUST THE BALANCE TO ZERO"
   "PRIVATE PREPAID TREASURY EXEMPTION # 550926446"
   "CHARGE THE SAME TO: RONALD V CUPP 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"
   "(signature) (date)"; and

These instruments are being tendered by Ronald V Cupp, hereinafter "Principal", for the set off of Everhome Mortgage Company. Account/Loan No. 179492, and are to be used to affect debit and credit accounting transactions for the settlement and closure of said account. If any of the enclosed instruments contain any defects or are incorrect, incomplete, or inaccurate, please return the same to the Principal via the Notary Public at the address shown above within 10 days from the date of receipt.

Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit or credit transactions ledgered to accounts 179492 and RONALD V CUPP ▓▓▓▓▓▓6446 are done so in the best interest of the United States Treasury.

By: _____
Ronald V Cupp, Principal

Sent to: September 13, 2011

Ronald Cupp
Monica Cupp
5959 Commerce Blvd Ste
Rohnert Park, CA 94928

**EVERHOME MORTGAGE AND ATTORNEY USE ONLY**
CONTACT OUR OFFICE BEFORE ACCEPTING ANY MONIES FOR FUTURE ESCROW ADVANCES.

Payoff Statement for:
Loan No: 0000179492
Loan Type: Conventional

Mortgagor Name/Address          Property Address:
Ronald Cupp                     4640 Arlington Ave
Monica Cupp                     Santa Rosa CA 95407
5959 Commerce Blvd Ste
Rohnert Park CA 94928

***********CHECKS MUST BE SUBMITTED VIA CERTIFIED FUNDS ONLY**********
BUSINESS, CORPORATE or PERSONAL CHECKS WILL NOT BE ACCEPTED.

Statement of amount necessary to pay loan in full
on or before September 30, 2011.
The next monthly payment is due for November 01, 2010.

| | |
|---|---:|
| The current unpaid principal balance is: | $ 114,193.70 |
| Interest at 10.37500% | 11,847.60 |
| Escrow/impound advance | 2,447.02 |
| Recoverable Corporate Advance Balance | 850.00 |
| Attorneys Fc& Invoice | 150.00 |
| Pending PIR | 20.00 |
| Pending Late Fee | 84.93 |
| Recording Fee | 26.00 |
| Other Fee due | 134.00 |
| RECONVEYANCE FEE | 45.00 |
| **TOTAL- SUBJECT TO ATTORNEY'S FEES AND COSTS** | $ 129,798.25 |

Funds received after September 30, 2011 will require an additional
$ 32.46 interest per day:

****EVERHOME MORTGAGE IS RESPONSIBLE FOR PAYMENT****
OF ALL ESCROWED ITEMS UP TO THE DAY OF PAYOFF.

Quote amount is subject to change without notice due to transactions on
or after the date of this quote.  It is your responsibility to verify
the amounts on this statement prior to closing and verify the property



# PRIVATE REGISTERED SETOFF BOND

**BOND NUMBER**
RVCSB0001

COPY **$200,000.00**

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 30460690003
UCC FILING NO.: 11-7285778995

Pay to the Order of UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

Issue Date: September 26, 2011
Maturity Date: September 25, 2041

For Further Credit to: Ronald V Cupp _____ 6440 by Ally Home Mortgage Company, Account/Loan No.: 175497 _____
By/On Through: Ronald V Cupp, Principal & Creditor(s)
Private Offset Account No.: _____

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a *Private Registered Setoff Bond*; and WHEREAS, only fiat money exists in circulation for the discharge of debt:

NOW, THEREFORE, the undersigned Creditor being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, does by necessity hereby issue this *Private Registered Setoff Bond*, tendered, in good faith, as full satisfaction of any and all claims and/or demands, to wit: In the Creditor's rightful *Sui Juris* status, the Creditor does hereby knowingly and with full disclosure hold, bind and obligate Creditor's collateral jointly and severally by this instrument as voluntary surety for all of the above-noted Account Holders and Accounts, each severally, for any amount up to and including: **Two-hundred Thousand United States Dollars, i.e., $200,000.00**, insuring, underwriting, indemnifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar-for-dollar all such obligations until the sum or the term of this bond is exhausted. The PAYEE shall have ten (10) days from presentment to dishonor this bond by returning it to the Principal by registered mail at the exact mailing location shown below. Failure to return this bond will stipulate acceptance and honor.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

 COPY

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment and in any case no later than one business day thereafter post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") attributed to the Account Holders and Accounts above-noted.

AMOUNT DUE:                    PAYEE enter the amount due below

$ [ ][ ][ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Second day of the Eighth month in the year Two Thousand and Ten.*

By: _Ronald V Cupp_ (seal)
Ronald V Cupp, Principal/Underwriter
Exemption ID # _____ 8446
in care of: 4450 Miles Avenue
Santa Rosa, California
Non-domestic without the U.S.

## Record of Estimated Tax Payments (Farmers, fishermen, and fiscal year taxpayers, see page 3 for payment due dates.)

Keep for Your Records 

| Payment number | Payment due date | (a) Amount due | (b) Date paid | (c) Check or money order number, or credit or debit card confirmation number | (d) Amount paid (do not include any convenience fee)* | (e) 2010 overpayment credit applied | (f) Total amount paid and credited (add (d) and (e)) |
|---|---|---|---|---|---|---|---|
| 1 | 4/18/2011 | | | | | | |
| 2 | 6/15/2011 | | | | | | |
| 3 | 9/15/2011 | | | | | | |
| 4 | 1/17/2012** | | | | | | |
| Total . . . . . . . . . . . . . . . . . . ▶ | | | | | | | |

\* You can deduct the convenience fee charged by the service provider in 2011 as a miscellaneous itemized deduction (subject to the 2%-of-AGI limit) on your 2011 income tax return.

\*\* You do not have to make this payment if you file your 2011 tax return by January 31, 2012, and pay the entire balance due with your return.

---

| Form **1040-ES** Department of the Treasury Internal Revenue Service | **20**11 **Estimated Tax** | **Payment Voucher 4** OMB No. 1545-0074 |
|---|---|---|

| File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to "**United States Treasury**." Write your social security number and "2011 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher. | Calendar year—Due Jan. 17, 2012 |
|---|---|

| | Amount of estimated tax you are paying by check or money order. | Dollars | Cents |
|---|---|---|---|

| | Your first name and initial **RONALD V** | Your last name **CUPP** | Your social security number ~~~~~~6446 |
|---|---|---|---|
| **Print or type** | If joint payment, complete for spouse | | |
| | Spouse's first name and initial | Spouse's last name | Spouse's social security number |
| | Address (number, street, and apt. no.) **5959 COMMERCE BLVD #13** | | |
| | City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.) **ROHNERT PARK, CA 94928** | | |

For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 8.

Form 1040-ES (2011)                                            -9-

ACCEPT FOR VALUE
RETURN FOR VALUE
EXEMPT FROM LEVY
PREPAID COMMON STOCK
DISCHARGE ALL PRESENTMENTS
AND RELATED FEES

ADJUST THE BALANCE TO ZERO
PRIVATE PREPAID EXEMPTION
CHARGE SAME TO [redacted]
RONALD V RAPP
-6446

Ronald V Rapp
9-26-11

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public mailed to:

Mike Koster, President and COO
Everhome Mortgage Company
8100 Nations Way
Jacksonville,, FL 32256-4405
Certified Mail 7003 3110 0004 3004 7180

Mr. Patrick Dobiesz, President
T.D. SERVICE COMPANY
1820 E. FIRST ST, SUITE 210
SANTA ANA, CA 92711-1988
Certified Mail 7003 3110 0004 3000 6965

Chief Financial Officer
Western Federal Savings & Loan Association
13160 Mindanao Way
Marina Del Rey, California 90292
Loan # 1632589
Certified Mail 7003 3110 0004 3004 8354

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding
Everhome Mortgage Company. Account/Loan No. 179492 _____ as follows:

1. **NOTICE OF TENDER FOR SETOFF**, issued by Ronald V Cupp and dated September 26, 2011 (2 pages);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT**, issued by Ronald V Cupp for RONALD V CUPP and MONICA Y CUPP, dated September 26, 2011 (1 page);

3. **ATTACHMENT "A"**, RECORD OF TENDER:
   a. CERTIFIED COPY of **PRIVATE REGISTERED SETOFF BOND NO. RVCSB0001**, dated September 26, 2011 (1 page);
   b. Everhome Mortgage Company **STATEMENT OF ACCOUNT**, dated September 13, 2011, with banker's acceptance on each page, issued for account RONALD V CUPP ⬛⬛⬛-6446 (1 page);
   c. I.R.S. **FORM 1040-ES, PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, dated September 26, 2011 and issued for account RONALD V CUPP ⬛⬛⬛6446 (2 pages);
   d. **NOTARY'S CERTIFICATE OF SERVICE** dated September 26, 2011 (1 page);
   e. **U.S.P.S. FORM 3806, RECEIPT FOR REGISTERED MAIL**, dated September 26, 2011 (1 page);
   f. **U.S.P.S. FORM 3811, DOMESTIC RETURN RECEIPT**, dated September 6, 2011 (1 page);

4. reference copy of this **Notary's Certificate of Service** (1 page) (signed original on file),

a total of _____ **Eleven (11)** _____ pages,

by Certified Mail No. __**SEE ABOVE**_____ Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____
NOTARY PUBLIC

My commission expires: __June 20, 2012__

Angelle Wertz, Notary Public
4450 Miles Avenue
Santa Rosa, California 95407

__October 6, 2011__    (Seal)
DATE

ANGELLE WERTZ    (stamp)
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF TENDER FOR SETOFF

October 6, 2011

Principal:

Ronald V Cupp, Principal
c/o Angelle Wertz, Notary Public
4450 Miles Avenue
Santa Rosa, California 95407

Respondent(s):

Mike Koster, President and COO
Everhome Mortgage Company
Formally Alliance Mortgage Company
8100 Nations Way
Jacksonville,, FL 32256-4405
Certified Mail No. 7003 3110 0004 3004 7180

Mr. Patrick Dobiesz, President
T.D. SERVICE COMPANY
1820 E. FIRST ST, SUITE 210
SANTA ANA, CA 92711-1988
Certified Mail No. 7003 3110 0004 3000 6965

Chief Financial Officer
Western Federal Savings & Loan Association
13160 Mindanao Way
Marina Del Rey, California 90292
Loan # 1632589
Certified Mail No. 7003 3110 0004 3004 8354

Re:     Everhome Mortgage Company ACCOUNT NO. 179492;
DEED OF TRUST DATED: August 18, 1989
DEED OF TRUST FILING#: 89-084490 recorded in SONOMA COUNTY, CALIFORNIA;
DEED OF TRUST RECORDED ON: September 6, 1989;
PROPERTY ADDRESS: 4640 Arlington Avenue, Santa Rosa, CA 95407;
PROPERTY PARCEL NO. 134-251-063-000 (COUNTY OF SONOMA, STATE OF CALIFORNIA)

Attention Respondent(s):

Whereas, on September 26, 2011 instruments of tender for setoff, hereinafter "TENDER", for the setoff of Everhome
Mortgage Company ACCOUNT NO. 179492, hereinafter "ACCOUNT", were presented for setoff to:

IRS Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

Whereas, on October 6, 2011, the TENDER is deemed accepted for the setoff of the ACCOUNT, pursuant to and
evidenced by the records enclosed herewith.

THEREFORE, Ronald V Cupp, hereinafter "PRINCIPAL", requests that the balance of the ACCOUNT be adjusted to
Zero dollars ($0.00), to reflect the ledgering of said TENDER. As you will note, consistent with the Laws of the State
of California (Commercial Code 3603) and the Uniform Commercial Code @UCC3-603, this debt is now discharged.

Enclosed herewith is a Request Regarding a Statement of Account as a record authenticated by the debtor
requesting that the recipient approve or correct the statement. **Mike Koster of Everhome Mortgage Company,**
hereinafter "RESPONDENTS", have Fourteen (14) days to comply with this request and provide an authenticated
record.

If the Request Regarding a Statement of Account is not corrected by the RESPONDENTS within Fourteen (14) days, then it shall be deemed accepted and/or approved. RESPONDENTS' failure to respond within Fourteen (14) days of the postmark of the presentment of this Notice of Tender for Setoff shall cause the PRINCIPAL to have executed a Certificate of Non-Response, by the Notary Public listed below, said Certificate of Non-Response shall serve as evidence of the RESPONDENTS' acceptance and/or approval of this Notice of Tender for Setoff and the enclosed Request Regarding a Statement of Account.

Upon the RESPONDENTS' acceptance of the Request Regarding a Statement of Account the RESPONDENTS shall rescind any Notice of Default, Notice of Trustee's Sale, and/or Trustee's Deed Upon Sale (if any) by executing or causing to be executed a Notice of Rescission regarding the real property commonly known as: **4640 Arlington Avenue, Santa Rosa, CALIFORNIA 95407 (County of Sonoma** Assessors Parcel No. 134-251-063-000), hereinafter "COLLATERAL", and file said Notice of Rescission in the **Office of the Sonoma County Recorder**.

Upon the RESPONDENTS' acceptance of the Request Regarding a Statement of Account the RESPONDENTS shall also reconvey the COLLATERAL to the original Trustor of the Deed of Trust, recorded in the Office of the **Sonoma County** Recorder on or about **September 6, 1989** as Instrument No. **89-084490**, by executing or causing to be executed a **Deed of Full Reconveyance** and file said Deed of Full Reconveyance in the **Office of the Sonoma County Recorder**.

RESPONDENTS failure to execute or cause to be executed the Notice of Rescission and/or Deed of Full Reconveyance within Fourteen (14) days of the postmark of this presentment shall constitute the granting and conveying of a Specific Power of Attorney by the RESPONDENTS to the PRINCIPAL for the PRINCIPAL to execute said instruments on behalf of the RESPONDENTS, in addition the RESPONDENTS shall also grant and convey a Specific Power of Attorney to the PRINCIPAL to execute a Substitution of Trustee and any and all instruments, communications, or correspondences the PRINCIPAL deems necessary for the perfection of the PRINCIPAL's paramount security interest in the COLLATERAL.

RESPONDENTS shall give notice to the PRINCIPAL of the filing of the Notice of Rescission and/or the Deed of Full Reconveyance by mailing certified copies of said instruments to the PRINCIPAL through the Notary Public listed below. RESPONDENTS' failure to give notice to the PRINCIPAL, within Fourteen (14) days of the postmark of this presentment, of the filing of said instruments shall be deemed a failure to perform and shall cause the PRINCIPAL to have executed a Certificate of Non-Performance, by the Notary Public listed below, said Certificate of Non-Performance shall serve as evidence of the RESPONDENTS' acceptance and/or approval of the granting and conveying of the Specific Power of Attorney mentioned above.

Any and all responses, notices, or correspondence regarding this Notice of Tender for Setoff and/or the enclosed Request Regarding a Statement of Account shall be directed to the PRINCIPAL, by U.S.P.S. Certified or Registered Mail, at the following address:

    Ronald V Cupp, Principal
    c/o Angelle Wertz, Notary Public
    4450 Miles Avenue
    Santa Rosa, California 95407    **Service in any other manner will be deemed defective on its face.**

Executed in Sonoma county, California Republic, this October 6, 2011. Witness my hand and seal.

_____
Ronald V Cupp, Secured Party Creditor

Enclosure(s):
    (1) Request Regarding a Statement of Account (1 page);
    (2) ATTACHMENT "A" – RECORD OF TENDER:
        a.  Notice to Setoff Accounts to IRS Technical Support Division, dated September 26, 2011 (1 page)
        b.  Private Registered Setoff Bond No. RVCSB0001, dated September 26, 2011 (1 page);
        c.  Everhome Mortgage Company. Loan No. 179492. Statement of Account, dated September 13, 2011 (1 pages);
        d.  I.R.S. Form 1040-ES, Payment Voucher (2 pages);
        e.  Notary's Certificate of Service dated September 26, 2011 (1 page);
        f.  U.S.P.S. Form 3806, Receipt for Registered Mail, dated September 26, 2011 (1 page);
        g.  U.S.P.S. Form 3811, Domestic Return Receipt, dated September 26, 2011 (1 page); and
    (3) ~~Notary's Certificate of Service dated September 26, 2011 (1 page).~~ *RVC*

**To:**   Mike Koster, President and COO
    Everhome Mortgage Company
    Formally Alliance Mortgage Company
    8100 Nations Way
    Jacksonville,, FL 32256-4405
    Certified Mail 7003 3110 0004 3004 7180

Mr. Patrick Dobiesz, President
T.D. SERVICE COMPANY
1820 E. FIRST ST, SUITE 210
SANTA ANA, CA 92711-1988
Certified Mail 7003 3110 0004 3000 6965

    Chief Financial Officer
    Western Federal Savings & Loan Association
    13160 Mindanao Way
    Marina Del Rey, California 90292
    Loan # 1632589
    Certified Mail 7003 3110 0004 3004 8354

**From:**  Ronald V Cupp, Secured Party Creditor and Attorney-in-fact for RONALD V CUPP and MONICA Y CUPP

**Re:**   **REQUEST REGARDING A STATEMENT OF ACCOUNT;**
    **RONALD V CUPP; And MONICA Y CUPP**
    **Everhome Mortgage Company. Account/Loan No. 179492;**

---

### REQUEST REGARDING A STATEMENT OF ACCOUNT (UCC 9-210 & CALIFORNIA COMMERCIAL CODE 9210)

**This is a record authenticated by the debtor requesting that the recipient approve or correct this statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Recipient has Fourteen (14) days to comply with this request and provide an authenticated record.**

### STATEMENT OF ACCOUNT

Date:    October 6, 2011

Creditor(s):  **Everhome Mortgage Company**
    **T.D. SERVICE COMPANY**
    **Western Federal Savings & Loan.**

Debtor:    RONALD V CUPP & MONICA Y CUPP

Accounts:  **Account/Loan No. 179492; (Everhome Mortgage Company);**
    ANYTHING ON AP No. 134-251-063-000 Sonoma County, CA  (T.D. SERVICE COMPANY.);

Collateral:  The real property commonly known as: 4640 ARLINGTON AVENUE, SANTA ROSA, CALIFORNIA 95407 (County of Sonoma Assessors Parcel No. 134-251-063-000)

Balance Due:  $0.00

I declare under penalty of perjury that the information above is true and correct.
    RONALD V CUPP

By: _____
    Ronald V Cupp, Secured Party Creditor
    as Attorney-in-fact for RONALD V CUPP & MONICA Y CUPP

# RECORD OF TENDER

This section, Attachment "A", includes:

1.    Notice To Setoff Accounts to IRS Technical Support Division, dated September 26, 2011 (1 page);

2.    Private Registered Setoff Bond No. RVCSB0001, dated September 26, 2011 (1 page);

3.    Everhome Mortgage Company. Account/Loan No. 179492; , dated September 13, 2011 (1 page);

4.    I.R.S. Form 1040-ES, Payment Voucher (2 pages);

5.    Notary's Certificate of Service dated September 26, 2011 (1 page);

6.    U.S.P.S. Form 3806, Receipt for Registered Mail, dated September 26, 2011 (1 page);

7.    U.S.P.S. Form 3811, Domestic Return Receipt, dated September 26, 2011 (1 page).

This section includes a total of Eight (8) pages, not inclusive of this page.

# CERTIFICATE OF NON-RESPONSE

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF SONOMA )

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of _Ronald V Cupp_            In care of   _4450 Miles Avenue, Santa Rosa, California 95407_      :
       Claimant                                            Address

                                     NOTICE TO SETOFF ACCOUNTS; PRIVATE REGISTERED SETOFF BOND; and
did duly present on _September 26, 2011_ the attached _MORTGAGE STATEMENT OF ACCOUNT_

dated _September 26, 2011_,

to _I.R.S. Technical Support Division, c/o Treasury UCC Contract Trust, Internal Revenue Service, 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220_

_____Registered RE 005 836 943 US      _____

                                                Respondent(s)

signed by _Ronald V Cupp_            requesting _Acceptance, notice of defect, or notice of dishonor_     ,
the time limit having elapsed for a timely response thereto.

**DEFAULT**    Whereupon, the Notary Public signing below, for the reason **dishonor by non-response**, does publicly and solemnly certify
the dishonor as against all parties it may concern by reason of non-response thereof and <u>stipulations therein.</u>

**TESTIMONY**    In testimony of the above, I have signed my name and attached my official seal

                              Notary Public

                              My commission expires:    _June 20, 2012_

                              Date _October 6, 2011_

                                           **ANGELLE WERTZ**
                                           COMM. #1802655
                                       NOTARY PUBLIC - CALIFORNIA
                                       SONOMA COUNTY
                                       My Comm. Expires Jun. 20, 2012

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public mailed to:

IRS Technical Support Division
c/o Treasury UCC Contract Trust
Internal Revenue Service
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding
SETOFF OF ACCOUNT NO./Loan No. 179492 _____ as follows:

1. **NOTICE TO SETOFF ACCOUNTS**, issued by Ronald V Cupp and dated September 26, 2011 (1 page);

2. **PRIVATE REGISTERED SETOFF BOND # RVCSB0001**, issued by Ronald V Cupp and dated September 26, 2011 (1 page);

3. **MORTGAGE STATEMENT OF ACCOUNT**, issued by Everhome Mortgage Company. and dated September 13, 2011, with banker's acceptance indorsement(1 page);

4. **I.R.S. FORM 1040-ES, PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, dated September 26, 2011 and issued for account **RONALD V CUPP** ⬛⬛⬛⬛⬛**6446** (2 pages);

5. reference copy of this **Notary's Certificate of Service** (1 page) (signed original on file),

a total of _____ **SIX (6)** _____ pages,

by Registered Mail No. **RE 005 836 943 US** _____ Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

_____
NOTARY PUBLIC

My commission expires: June 20, 2012

Angelle Wertz, Notary Public
4450 Miles Avenue
Santa Rosa, California 95407

September 26, 2011     (Seal)
DATE

**ANGELLE WERTZ** (Stamp)
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

---

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public mailed to:

Mike Koster, President and COO
Everhome Mortgage Company
Formally Alliance Mortgage Company
8100 Nations Way
Jacksonville, FL 32256-4405

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding
Everhome Mortgage Company ACCOUNT NO. 179492;DEED OF TRUST FILING#89-084490 as follows:

1. NOTICE OF FAULT IN DISHONOR, OPPORTUNITY TO CURE, issued by Ronald V Cupp, and
   dated October 20, 2011 (3 pages);

2. ATTACHMENT A, RECORD OF PRESENTMENT, consisting of:
   a. Notice of Tender for Setoff dated October 6, 2011 (2 pages);
   b. Request Regarding a Statement of Account October 6, 2011 (1 page);
   c. Notice to Setoff Accounts dated September 26, 2011 (1 page);
   d. Mortgage Statement of Account dated September 13, 2011 (1 pages);
   e. Private Registered Setoff Bond #RVCSB0001 dated September 26, 2011 (1 page);
   f. I.R.S. Form 1040-ES (2 pages);
   g. Notary's Certificate of Service to IRS dated September 26, 2011 (1 page);
   h. Notary's Certificate of Non-Response by IRS dated October 6, 2011 (1 page);
   i. Notary's Certificate of Service of Tender/Setoff dated October 6, 2011 (1 page);
   j. USPS Form 3800, USPS Form 3811 (1 page);

3. reference copy of this NOTARY'S CERTIFICATE OF SERVICE (1 page) (signed original
   on file),

a total of _____ Sixteen (16) _____ pages,

by Certified Mail No. ___ 7003 3110 0004 3006 2060 _____ Return Receipt attached by placing
same in a postpaid envelope properly addressed to Recipient at the said address and depositing same
at an official depository under the exclusive face and custody of the U.S. Postal Service within the
State of California.

NOTARY PUBLIC

October 20, 2011    (Seal)
DATE

My commission expires: June 20, 2012

**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

LEGAL NOTICE The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF FAULT IN DISHONOR
# OPPORTUNITY TO CURE

October 20, 2011

Principal:
    Ronald V Cupp, Principal
    c/o Angelle Wertz, Notary Public
    4450 Miles Avenue
    Santa Rosa, California 95407

Respondents:
    Mike Koster, President and COO
    Everhome Mortgage Company
    Formally Alliance Mortgage Company
    8100 Nations Way
    Jacksonville, FL 32256-4405

Re:     Everhome Mortgage Company ACCOUNT NO. 179492;
        DEED OF TRUST DATED: August 18, 1989
        DEED OF TRUST FILING#: 89-084490 recorded in SONOMA COUNTY, CALIFORNIA;
        DEED OF TRUST RECORDED ON: September 6, 1989;
        PROPERTY ADDRESS: 4640 Arlington Avenue, Santa Rosa, CA 95407;
        PROPERTY PARCEL NO. 134-251-063-000 (COUNTY OF SONOMA, STATE OF CALIFORNIA)

**STATEMENT OF FACTS:**

On October 6, 2011, Ronald V Cupp, hereinafter "Principal", made presentment of a NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT, hereinafter "Presentment", via Angelle Wertz, Notary Public, hereinafter "Notary", to Mike Koster, President and COO, Everhome Mortgage Company., hereinafter "Respondent".

1. On October 11, 2011, United States Postal Service, hereinafter "Carrier", successfully delivered the Presentment to the Respondent.

2. As of October 20, 2011, Respondent has not sufficiently responded to the Presentment.

3. Respondent's failure to sufficiently respond or timely honor the Presentment, by the terms of the Presentment, constitutes Respondent's acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT contained therein.

4. Respondent's failure to perform by the terms of the Presentment constitutes Respondent's acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondent stipulated therein.

5. Respondents are at fault.

6. As an operation of law, the Respondent by dishonor of the Presentment has created a fault.

---

**OPPORTUNITY TO CURE:**

In the event that Respondent's failure to respond to the Presentment was an oversight, mistake or otherwise unintentional, Principal grants Respondent Ten (10) days, exclusive of the day of receipt, to cure the fault and affect the remedy.

The Respondent's have Ten (10) calendar days to cure their Dishonor by the following:

1. Correct the statement of account contained within the REQUEST REGARDING A STATEMENT OF ACCOUNT, by the terms stipulated therein, OR,

2. Execute or cause to be executed a Release of Lien and a Deed of Full Reconveyance in accord with the Presentment and pursuant to the Deed of Trust, recorded on or about **September 6, 1989**, in the Office of the **Sonoma County** Recorder as Instrument No. **89-084490;**

Failure to cure will constitute, as an operation of law, the FINAL admission of the facts set forth in the Presentment by Respondents through tacit assent to the Presentment and the whole matter shall be deemed res judicata and stare decisis.

Response by Respondent must be served on Principal exactly as provided:

> **Ronald V Cupp, Principal**
> **c/o Angelle Wertz, Notary Public**
> **4450 Miles Avenue**
> **Santa Rosa, California 95407**     **Service in any other manner will be deemed defective on its face.**

California Republic          )
                             ) sworn and subscribed:          **Commercial Affidavit Oath and Verification**
Sonoma county               )

I, Ronald V Cupp, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God, Witness my hand and seal.
October 20, 2011

(seal)                              Ronald V Cupp, Secured Party Creditor

State of   California        )
                            ) ss:          **JURAT**
County of Sonoma  )

Subscribed and sworn to (or affirmed) before me on this __20th__ day of _____October_____, __2011__, by
**Ronald V Cupp** _____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(seal)
```
ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012
```

Signature
**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

Enclosure(s):
  (1) **ATTACHMENT "A", RECORD OF PRESENTMENT**, consisting of:
       a.  Notice of Tender for Setoff dated October 6, 2011 (2 pages);
       b.  Request Regarding a Statement of Account October 6, 2011 (1 page);
       c.  Notice to Setoff Accounts dated September 26, 2011 (1 page);
       d.  Mortgage Statement of Account dated September 13, 2011 (1 pages);
       e.  Private Registered Setoff Bond #RVCSB0001 dated September 26, 2011 (1 page);
       f.  I.R.S. Form 1040-ES (2 pages);
       g.  Notary's Certificate of Service to IRS dated September 26, 2011 (1 page);
       h.  Notary's Certificate of Non-Response by IRS dated October 6, 2011 (1 page);
       i.  Notary's Certificate of Service of Tender/Setoff dated October 6, 2011 (1 page);
       j.  USPS Form 3800, USPS Form 3811 (1 page);

  (2) **Notary's Certificate of Service**, dated October 20, 2011 (1 page).

# RECORD OF PRESENTMENT

FOR: NOTICE OF FAULT IN DISHONOR, OPPORTUNITY TO CURE # 7003 3110 0004 3006 2060

This section, Attachment "A", includes:

(1) **ATTACHMENT "A", RECORD OF PRESENTMENT,** consisting of:
   a. Notice of Tender for Setoff dated October 6, 2011 (2 pages);
   b. Request Regarding a Statement of Account October 6, 2011 (1 page);
   c. Notice to Setoff Accounts dated September 26, 2011 (1 page);
   d. Mortgage Statement of Account dated September 13, 2011 (1 pages);
   e. Private Registered Setoff Bond #RVCSB0001 dated September 26, 2011 (1 page);
   f. I.R.S. Form 1040-ES (2 pages);
   g. Notary's Certificate of Service to IRS dated September 26, 2011 (1 page);
   h. Notary's Certificate of Non-Response by IRS dated October 6, 2011 (1 page);
   i. Notary's Certificate of Service of Tender/Setoff dated October 6, 2011 (1 page);
   j. USPS Form 3800, USPS Form 3811 (1 page);

This section includes a total of Twelve (12) pages, not inclusive of this page.

# CERTIFICATE OF NON-PERFORMANCE

STATE OF CALIFORNIA    )
                          ) ss

COUNTY OF SONOMA    )

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of _Ronald V Cupp_____ In care of _Angelle Wertz, 4450 Miles Avenue, Santa Rosa, CA 95407_____:
       Claimant                                        Address

NOTICE OF TENDER FOR SETOFF; and

did duly present on ___October 6, 2011___ the attached _REQUEST REGARDING A STATEMENT OF ACCOUNT_____ dated ___October 6, 2011___

to _Mike Koster, President and COO , Everhome Mortgage Company, 8100 Nations Way, Jacksonville, FL 32256_____ 7003 3110 0004 3004 7180

    _Mr. Patrick Doblesz, President, T.D. SERVICE COMPANY, 1820 E. FIRST ST, SUITE 210, SANTA ANA, CA 92711-1988_____ 7003 3110 0004 3000 6965

    _CFO, Western Federal Savings & Loan Association, 13160 Mindanao Way, Marina Del Rey, California 90292_____ 7003 3110 0004 3004 8354

_____

                                                  Respondent(s)

signed by _Ronald V Cupp_____ demanding performance of the following duties:

    _To give notice of and execute or cause to be executed a Notice of Rescission (if any) and Deed of Full Reconveyance_____,
the time limit having elapsed for timely performance thereto.

**DEFAULT**    Whereupon, the Notary Public signing below, for the reason **dishonor by non-response/non-performance**, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response/non-performance thereof and **stipulations therein**.

**NOTICE**    The undersigned Notary Public, certifies that on ___October 20, 2011___ Notice(s) of Fault were sent to the parties noted below by depositing in a depository of the United States Postal Service within the State indicated herein a sealed envelope containing said Notices(s) directed to the respective person(s) or entity(ies) at the last known corresponding address noted below:

| NAME | ADDRESS |
|------|---------|
| Mike Koster, President and COO | c/o Everhome Mortgage Company , 8100 Nations Way, Jacksonville,, FL 32256-4405 |
| | |
| | |
| | |

**TESTIMONY**    In testimony of the above, I have signed my name and attached my official seal

                    Notary Public

My commission expires: ___June 20, 2012___

Date _October 20, 2011___

**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# CERTIFICATE OF NON-RESPONSE

STATE OF CALIFORNIA   )
                             ) ss

COUNTY OF SONOMA   )

**PRESENTMENT**   Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of **Ronald V Cupp**           In care of   **Angelle Wertz, 4450 Miles Avenue, Santa Rosa, CA 95407**         :
     Claimant                                             Address

NOTICE OF TENDER FOR SETOFF; and

did duly present on   **October 6, 2011**   the attached  **REQUEST REGARDING A STATEMENT OF ACCOUNT**   dated  **October 6, 2011**

to  **Mike Koster, President and COO , Everhome Mortgage Company, 8100 Nations Way, Jacksonville, FL 32256**    7003 3110 0004 3004 7180

   **Mr. Patrick Dobiesz, President, T.D. SERVICE COMPANY, 1820 E. FIRST ST, SUITE 210, SANTA ANA, CA 92711-1988**   7003 3110 0004 3000 6965

   **CFO, Western Federal Savings & Loan Association, 13160 Mindanao Way, Marina Del Rey, California 90292**   7003 3110 0004 3004 8354

Respondent(s)

signed by **Ronald V Cupp**           requesting:

**Correction or approval of Statement of Account**                   .
the time limit having elapsed for timely response thereto.

**DEFAULT**    Whereupon, the Notary Public signing below, for the reason dishonor by non-response, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response thereof and **stipulations therein**.

**TESTIMONY**   In testimony of the above, I have signed my name and attached my official seal

Notary Public

My commission expires:   June 20, 2012

Date October 20, 2011

**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

**LEGAL NOTICE**  The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF DEFAULT IN DISHONOR
# CONSENT TO JUDGMENT

October 31, 2011

Principal:
> Ronald V Cupp, Principal
> c/o Angelle Wertz, Notary Public
> 4450 Miles Avenue
> Santa Rosa, California 95407

Respondents:
> Mike Koster, President and COO
> Everhome Mortgage Company
> Formally Alliance Mortgage Company
> 8100 Nations Way
> Jacksonville, FL 32256-4405

Re:     Everhome Mortgage Company ACCOUNT NO. 179492;
        DEED OF TRUST DATED: August 18, 1989
        DEED OF TRUST FILING#: 89-084490 recorded in SONOMA COUNTY, CALIFORNIA;
        DEED OF TRUST RECORDED ON: September 6, 1989;
        PROPERTY ADDRESS: 4640 Arlington Avenue, Santa Rosa, CA 95407;
        PROPERTY PARCEL NO. 134-251-063-000 (COUNTY OF SONOMA, STATE OF CALIFORNIA)

### STATEMENT OF FACTS:

1. On September 26, 2011, Ronald V Cupp, hereinafter "Trustor", made presentment of a NOTICE TO SETOFF ACCOUNTS, MORTGAGE STATEMENT OF ACCOUNT, PRIVATE REGISTERED SETOFF BOND, and I.R.S.FORM 1040-ES, hereinafter "Tender", a record of which is attached hereto and incorporated herein in its entirety as Attachment "A", to IRS Technical Support Division, hereinafter "Tender Agent", for the setoff, settlement, and closure of Account No. 179492, hereinafter "Account", sent via USPS Registered Mail, Article No. RE 005 836 943 US, by Angelle Wertz, Notary Public, hereinafter "Notary", as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated September 26, 2011, a record of which is attached hereto and incorporated herein in its entirety as Attachment "A".

2. On September 30, 2011, United States Postal Service, hereinafter "Carrier", delivered the Tender to the Tender Agent.

3. On October 6, 2011 the Tender Agent accepted the Tender for the settlement of the Account, as evidenced by the CERTIFICATE OF NON-RESPONSE dated October 6, 2011, a record of which is attached hereto as Attachment "A"

4. On October 6, 2011, Ronald V Cupp, hereinafter "Principal", made presentment of a NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT, hereinafter "Presentment", to Mike Koster, COO, Everhome Mortgage Company., hereinafter "Respondent A", sent via Certified Mail, Article No7003 3110 0004 3004 7180, by the Notary, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated October 6, 2011, a record of which is attached hereto as Attachment "A".

5. On October 6, 2011, Ronald V Cupp, hereinafter "Principal", made presentment of a NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT, hereinafter "Presentment", to Western Federal Savings & Loan Association, hereinafter "Respondent B", sent via Certified Mail, Article No7003 3110 0004 3004 8354, by the Notary, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated October 6, 2011, a record of which is attached hereto as Attachment "A".

6. On October 6, 2011, Ronald V Cupp, hereinafter "Principal", made presentment of a NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT, hereinafter "Presentment", to Patrick Dobiesz, President, T.D. Trust Service Company., hereinafter "Respondent C", sent via Certified Mail, Article No7003 3110 0004 3000 6965, by the Notary, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated October 6, 2011, a record of which is attached hereto as Attachment "A".

7. On October 11, 2011, the Carrier delivered the Presentment to the Respondent A.

8. Carrier could not deliver the Presentment to the Respondent B. (Undeliverable)

9. On October 12, 2011, the Carrier delivered the Presentment to the Respondent C.

10. On October 20, 2011 Respondents A, B and C, severally hereinafter Respondents, accepted the terms and provisions of the Presentment, as evidenced by the CERTIFICATE OF NON-RESPONSE dated October 20, 2011, a record of which is attached hereto as Attachment "A".

11. Respondents' failure to sufficiently respond or timely honor the Presentment, by the terms of the Presentment, constitutes Respondents' acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT contained therein.

12. As of October 20, 2011 neither the Principal nor the Notary, have received sufficient response to the Presentment, thereby placing the Respondents at fault, as evidenced by the CERTIFICATE OF NON-RESPONSE dated October 20, 2011, and the CERTIFICATE OF NON-PERFORMANCE dated October 20, 2011, a record of which is attached hereto as Attachment "A".

13. On October 20, 2011 Principal made presentment of a NOTICE OF FAULT IN DISHONOR, OPPORTUNITY TO CURE to the Respondent A, dated October 20, 2011, hereinafter "Fault Notice", a record of which is attached hereto as Attachment "A", sent via Certified Mail 7003 3110 0004 3006 2060, by the Notary, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated October 20, 2011, a record of which is attached hereto as Attachment "A".

14. As of October 31, 2011 neither the Principal nor the Notary, received sufficient response to the Presentment or the Fault Notice, from the Respondents, as evidenced by the CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE dated October 31, 2011, a record of which is attached hereto as Attachment "A".

15. Respondents' failure to perform by the terms of the Presentment constitutes Respondents' acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondents stipulated therein.

16. Respondents' failure to perform by the terms of the Fault Notice constitutes Respondents' acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondents stipulated therein.

17. Respondents' failure to sufficiently respond or timely honor the Fault Notice, by the terms of the Fault Notice, constitutes Respondents' acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT incorporated with the Presentment.

18. Respondents' acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT constitutes Respondents' agreement to the stipulated aggregate amount of unpaid obligations being Zero ($0.00) and 00/100 dollars.

19. Respondent has defaulted.

20. As an operation of law, Respondents' by dishonor of the Presentment and the Fault Notice has created a default.

**DEFAULT:**
For the Respondents' failure to honor the Presentment and Fault Notice places the Respondents in default. For the course of dealing, set forth herein, with the Respondents failure, refusal, or neglect in the presentment of a verified response to the Presentment and Fault Notice, constitutes the Respondents' failure to perform in good faith and the Respondents' acquiescence and tacit agreement

with all terms, conditions and stipulations set forth within this Notice of Default in Dishonor (Consent to Judgment), the Presentment, and the Fault Notice. Therefore this matter is deemed res judicata and stare decisis.

Of this presentment take due Notice and heed, and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

| | | |
|---|---|---|
| California Republic | ) | **Commercial Affidavit Oath and Verification** |
| | ) sworn and subscribed: | |
| Sonoma county | ) | |

I, Ronald V Cupp, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God. Witness my hand and seal. October 31, 2011

(seal)

Ronald V Cupp, Secured Party Creditor

State of   California          )

County of Sonoma  )

**JURAT**

) ss:

Subscribed and sworn to (or affirmed) before me on this ___31ST__ day of _____October_____, __2011_, by
Ronald V Cupp
_____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(seal)

ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

Signature
Angelle Wertz, Notary Public
**4450 Miles Avenue**
**Santa Rosa, California 95407**

Enclosure(s):
    (1) **ATTACHMENT "A", RECORD OF PRESENTMENT**, consisting of:
        a.  Notary's Certificate of Non-Response/Non-Performance to Notice of Fault-Opportunity to Cure dated October 31, 2011 (1 page).
        b.  USPS Form 3800 & 3811 (1 page)
        c.  Notary's Certificate of Service of Notice of Fault-Opportunity to Cure dated October 20, 2011 (1 page).
        d.  Notice of Fault in Dishonor-Opportunity to Cure dated October 20, 2011 (3 pages)
        e.  Notary's Certificate of Non-Performance to Notice of Tender for Setoff and Request Regarding a Statement of Account dated October 20, 2011 (1 page).
        f.  Notary's Certificate of Non-Response to Notice of Tender for Setoff and Request Regarding a Statement of Account dated October 20, 2011 (1 page).
        g.  USPS Form 3800 & 3811 (1 page)
        h.  Notary's Certificate of Service  of Tender/Setoff dated October 6, 2011 (1 page);
        i.  Notice of Tender for Setoff dated October 6, 2011 (2 pages);
        j.  Request Regarding a Statement of Account October 6, 2011 (1 page);

    k.  Notary's Certificate of Non-Response by IRS dated October 6, 2011 (1 page);
    l.  USPS Form 3806 (1 page);
    m.  Notary's Certificate of Service to IRS dated September 26, 2011 (1 page);
    n.  Notice to Setoff Accounts dated September 26, 2011 (1 page);
    o.  Mortgage Statement of Account dated September 13, 2011 (1 pages);
    p.  Private Registered Setoff Bond #RVCSB0001 dated September 26, 2011 (1 page);
    q.  I.R.S. Form 1040-ES (2 pages);

(2) **Notary's Certificate of Service**, dated October 31, 2011 (1 page).

ATTACHMENT "A"

# RECORD OF PRESENTMENT

### FOR: NOTICE OF DEFAULT IN DISHONOR, CONSENT TO JUDGMENT # 7003 3110 0004 3004 1690

This section, Attachment "A", includes:

(1) **ATTACHMENT "A", RECORD OF PRESENTMENT**, consisting of:

    a. Notary's Certificate of Non-Response/Non-Performance to Notice of Fault-Opportunity to Cure dated October 31, 2011 (1 page);

    b. USPS Form 3800 & 3811 (1 page);

    c. Notary's Certificate of Service of Notice of Fault-Opportunity to Cure dated October 20, 2011 (1 page);

    d. Notice of Fault in Dishonor-Opportunity to Cure dated October 20, 2011 (3 pages);

    e. Notary's Certificate of Non-Performance to Notice of Tender for Setoff and Request Regarding a Statement of Account dated October 20, 2011 (1 page);

    f. Notary's Certificate of Non-Response to Notice of Tender for Setoff and Request Regarding a Statement of Account dated October 20, 2011 (1 page);

    g. USPS Form 3800 & 3811 (1 page);

    h. Notary's Certificate of Service of Tender/Setoff dated October 6, 2011 (1 page);

    i. Notice of Tender for Setoff dated October 6, 2011 (2 pages);

    j. Request Regarding a Statement of Account October 6, 2011 (1 page);

    k. Notary's Certificate of Non-Response by IRS dated October 6, 2011 (1 page);

    l. USPS Form 3806 (1 page);

    m. Notary's Certificate of Service to IRS dated September 26, 2011 (1 page);

    n. Notice to Setoff Accounts dated September 26, 2011 (1 page);

    o. Mortgage Statement of Account dated September 13, 2011 (1 pages);

    p. Private Registered Setoff Bond #RVCSB0001 dated September 26, 2011 (1 page);

    q. I.R.S. Form 1040-ES (2 pages);

This section includes a total of Twenty Two (22) pages, not inclusive of this page.