THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE OF ADMINISTRATIVE JUDGMENT

November 10, 2011

Principal:
    Ronald V Cupp, Principal
    c/o Angelle Wertz, Notary Public
    4450 Miles Avenue
    Santa Rosa, California 95407

Respondents:
    Mike Koster, President and COO
    Everhome Mortgage Company
    Formally Alliance Mortgage Company
    8100 Nations Way
    Jacksonville, FL 32256-4405


Re:     Everhome Mortgage Company ACCOUNT NO. 179492;
        DEED OF TRUST DATED: August 18, 1989
        DEED OF TRUST FILING#: 89-084490 recorded in SONOMA COUNTY, CALIFORNIA;
        DEED OF TRUST RECORDED ON: September 6, 1989;
        PROPERTY ADDRESS: 4640 Arlington Avenue, Santa Rosa, CA 95407;
        PROPERTY PARCEL NO. 134-251-063-000 (COUNTY OF SONOMA, STATE OF CALIFORNIA)

STATEMENT OF FACTS:

1.  On September 26, 2011, Ronald V Cupp, hereinafter "Trustor", made presentment of a NOTICE TO
    SETOFF ACCOUNTS, MORTGAGE STATEMENT OF ACCOUNT, PRIVATE REGISTERED SETOFF BOND,
    and I.R.S.FORM 1040-ES, hereinafter "Tender", a record of which is attached hereto and incorporated
    herein in its entirety as Attachment "A", to IRS Technical Support Division, hereinafter "Tender
    Agent", for the setoff, settlement, and closure of Account No. 179492, hereinafter "Account", sent via
    USPS Registered Mail, Article No. RE 005 836 943 US, by Angelle Wertz, Notary Public, hereinafter
    "Notary", as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated September 26, 2011, a
    record of which is attached hereto and incorporated herein in its entirety as Attachment "A".
2.  On September 30, 2011, United States Postal Service, hereinafter "Carrier", delivered the Tender to
    the Tender Agent.
3.  On October 6, 2011 the Tender Agent accepted the Tender for the settlement of the Account, as
    evidenced by the CERTIFICATE OF NON-RESPONSE dated October 6, 2011, a record of which is
    attached hereto as Attachment "A"
4.  On October 6, 2011, Ronald V Cupp, hereinafter "Principal", made presentment of a NOTICE OF
    TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT, hereinafter
    "Presentment", to Mike Koster, COO, Everhome Mortgage Company., hereinafter "Respondent A", sent
    via Certified Mail, Article No7003 3110 0004 3004 7180, by the Notary, as evidenced by the
    NOTARY'S CERTIFICATE OF SERVICE dated October 6, 2011, a record of which is attached hereto as
    Attachment "A".
5.  On October 6, 2011, Ronald V Cupp, hereinafter "Principal", made presentment of a NOTICE OF
    TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT, hereinafter

"Presentment", to Western Federal Savings & Loan Association., hereinafter "Respondent B", sent via Certified Mail, Article No7003 3110 0004 3004 8354, by the Notary, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated October 6, 2011, a record of which is attached hereto as Attachment "A".

6. On October 6, 2011, Ronald V Cupp, hereinafter "Principal", made presentment of a NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT, hereinafter "Presentment", to Patrick Dobiesz, President, T.D. Trust Service Company., hereinafter "Respondent C", sent via Certified Mail, Article No7003 3110 0004 3000 6965, by the Notary, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated October 6, 2011, a record of which is attached hereto as Attachment "A".

7. On October 11, 2011, the Carrier delivered the Presentment to the Respondent A.

8. Carrier could not deliver the Presentment to the Respondent B. (Undeliverable)

9. On October 12, 2011, the Carrier delivered the Presentment to the Respondent C.

10. On October 20, 2011 Respondents A, B and C, severally hereinafter Respondents, accepted the terms and provisions of the Presentment, as evidenced by the CERTIFICATE OF NON-RESPONSE dated October 20, 2011, a record of which is attached hereto as Attachment "A".

11. Respondents' failure to sufficiently respond or timely honor the Presentment, by the terms of the Presentment, constitutes Respondents' acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT contained therein.

12. As of October 20, 2011 neither the Principal nor the Notary, have received sufficient response to the Presentment, thereby placing the Respondents at fault, as evidenced by the CERTIFICATE OF NON-RESPONSE dated October 20, 2011, and the CERTIFICATE OF NON-PERFORMANCE dated October 20, 2011, a record of which is attached hereto as Attachment "A".

13. On October 20, 2011 Principal made presentment of a NOTICE OF FAULT IN DISHONOR, OPPORTUNITY TO CURE to the Respondent A, dated October 20, 2011, hereinafter "Fault Notice", a record of which is attached hereto as Attachment "A", sent via Certified Mail 7003 3110 0004 3006 2060, by the Notary, as evidenced by the NOTARY'S CERTIFICATE OF SERVICE dated October 20, 2011, a record of which is attached hereto as Attachment "A".

14. As of October 31, 2011 neither the Principal nor the Notary, received sufficient response to the Presentment or the Fault Notice, from the Respondents, as evidenced by the CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE dated October 31, 2011, a record of which is attached hereto as Attachment "A".

15. Respondents' failure to perform by the terms of the Presentment constitutes Respondents' acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondents stipulated therein.

16. Respondents' failure to perform by the terms of the Fault Notice constitutes Respondents' acceptance and approval of the granting and conveying of a Specific Power of Attorney to the Principal to perform the duties of the Respondents stipulated therein.

17. Respondents' failure to sufficiently respond or timely honor the Fault Notice, by the terms of the Fault Notice, constitutes Respondents' acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT incorporated with the Presentment.

18. Respondents' acceptance and approval of the REQUEST REGARDING A STATEMENT OF ACCOUNT constitutes Respondents' agreement to the stipulated aggregate amount of unpaid obligations being Zero ($0.00) and 00/100 dollars.

19. Respondent has defaulted.

20. As an operation of law, Respondents' by dishonor of the Presentment and the Fault Notice has created a default.


**DEFAULT:**
For the Respondents' failure to honor the Presentment and Fault Notice places the Respondents in default. For the course of dealing, set forth herein, with the Respondents failure, refusal, or neglect in the presentment of a verified response to the Presentment and Fault Notice, constitutes the Respondents' failure to perform in good faith and the Respondents' acquiescence and tacit agreement with all terms, conditions and stipulations set forth within this Notice of Default in Dishonor (Consent

to Judgment), the Presentment, and the Fault Notice. Therefore this matter is deemed res judicata and stare decisis.

Of this presentment take due Notice and heed, and govern yourself accordingly. This FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement between the parties.

# NOTICE TO CEASE AND DESIST

NOTICE is hereby given to the following FORMER parties: (This notice is to all known parties, past and present), on or affecting Deed of Trust filing # 89084490 filed September 8, 1989; SONOMA COUNTY, STATE OF CALIFORNIA; APN 134-251-063-000, AKA: 4640 ARLINGTON AVENUE, SANTA ROSA, CA 95407

TRUSTEE: LA MESA TITLE COMPANY
TRUSTEE: T.D. SERVICE COMPANY
BENEFICIARY: WESTERN FEDERAL SAVINGS & LOAN ASSOCIATION
ORIGINAL LENDER: WESTERN FEDERAL SAVINGS & LOAN ASSOCIATION
SUBSSEQUENT LENDER: ALLIANCE MORTGAGE COMPANY
CURRENT LENDER/BENEFICIARY and/or TRUSTEE: EVERHOME MORTGAGE COMPANY

To CEASE AND DESIST from any further action in regards to Deed of Trust filing # 89084490 filed September 8, 1989; SONOMA COUNTY, STATE OF CALIFORNIA; APN 134-251-063-000, AKA: 4640 ARLINGTON AVENUE, SANTA ROSA, CA 95407

DEMAND IS MADE

Any and all records, assets, and items belonging to said Trust are here by demanded to be turned over to the Ronald V Cupp, immediately.

Any and all monies received for and on behalf of the Trust are to be immediately surrendered to the new trustee, NORTH BAY TRUST SERVICE c/o 5959 COMMERCE BLVD #13, ROHNERT PARK, CA 94928, to include any monies received by sale of Promissory Note Number 0000179492 signed by RONALD CUPP & MONICA CUPP c/o 4640 ARLINGTON AVENUE, SANTA ROSA, CA 95407 and tendered on the date of August 18, 1989 to the agent Heidi Bassett, FOUNDERS TITLE COMPANY (prior trustee in fraud), and sold by WESTERN FEDERAL SAVINGS & LOAN ASSOCIATION (previous lender in fraud) and currently being held by EVERHOME MORTGAGE COMPANY in trust.

New Filings (copy attached):
Deed of Full Reconveyance document #2011098677
Appointment of Successor Trustee, Notice of Correction document #2011098678

# REMOVAL OF POWER OF ATTORNEY

I, Ronald V Cupp, do hereby revoke, terminate, and rescind all Powers of Attorney, in fact, implied, or otherwise, previously assigned by us, implied in law, by trust or otherwise, with or without our consent and/or knowledge, as such pertains to any property, real or personal, promissory note, deed of trust and mortgage:
   Everhome Mortgage Company ACCOUNT NO. 179492; DEED OF TRUST DATED: August 18, 1989
   DEED OF TRUST FILING#: 89-084490 recorded in SONOMA COUNTY, CALIFORNIA; DEED OF TRUST
   RECORDED ON: September 6, 1989; PROPERTY ADDRESS: 4640 Arlington Avenue, Santa Rosa, CA
   95407; PROPERTY PARCEL NO. 134-251-063-000 (COUNTY OF SONOMA, STATE OF CALIFORNIA)

| California Republic | ) | **Commercial Affidavit Oath and Verification** |
| | ) sworn and subscribed: | |
| Sonoma county | ) | |

I, Ronald V Cupp, Secured Party Creditor, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God, Witness my hand and seal. November 10, 2011

(seal)

Ronald V Cupp, Secured Party Creditor

| State of California | ) | **JURAT** |
| | ) ss: | |
| County of Sonoma | ) | |

Subscribed and sworn to (or affirmed) before me on this __10th__ day of _November_ , _2011_ , by **Ronald V Cupp** , proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(seal)

ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

Signature
**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

Enclosure(s):
    (1) **ATTACHMENT "A", RECORD OF PRESENTMENT**, consisting of:
        a. **Deed of Full Reconveyance, Document #2011098677**
        b. **Appointment of Successor Trustee, Document #2011098678**

    (2) **Notary's Certificate of Service**, dated November 10, 2011 (1 page).

# RECORD OF PRESENTMENT
FOR: NOTICE OF ADMINISTRATIVE JUDGMENT # 7003 3110 0004 3005 6489

This section, Attachment "A", includes:

(1) **ATTACHMENT "A", RECORD OF PRESENTMENT**, consisting of:
   a. **Deed of Full Reconveyance, Document #2011098677** (1 page)
   b. **Appointment of Successor Trustee, Document #2011098678** (4 pages)

RECORDING REQUESTED BY:

Ronald V Cupp

WHEN RECORDED MAIL TO:

**NORTH BAY TRUST SERVICES
5959 COMMERCE BLVD #13
ROHNERT PARK, CA 94928**

APN 134-251-063-000

OFFICIAL RECORDS OF
SONOMA COUNTY
RONALD CUPP        JANICE ATKINSON
11/07/2011 01:29 RECON
RECORDING FEE: $13.00    **1** PG
PAID

**CONFORMED   COPY**



SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF FULL RECONVEYANCE

Whereas, LA MESA TITLE COMPANY, the original Trustee under the Deed of Trust dated August 18, 1989, made and executed by RONALD CUPP as Trustor(s) to WESTERN FEDERAL SAVINGS & LOAN ASSOCIATION, Beneficiary; and now; EVERHOME MORTGAGE COMPANY as Trustee & Beneficiary and recorded as Instrument No. 89084490 on September 8, 1989, of the Official Records in the Office of the Recorder of Sonoma County, State of California having received from Beneficiary under said Deed of Trust a written request to reconvey, reciting that all sums secured by said Deed of Trust have been fully paid, and said Deed of Trust and the note or notes secured thereby having been surrendered to the Trustee for cancellation, do hereby reconvey, without warranty, to the person or persons legally entitled thereto, all right, title and interest heretofore acquired and now held by said Trustee under said Deed of Trust, in the real property commonly known as: 4640 Arlington Avenue, Santa Rosa, California situated in the County of Sonoma, State of California, and more particularly described as follows: County of Sonoma Assessor's Parcel ID No. 134-251-063-000.

DATE: November 7, 2011

EVERHOME MORTGAGE COMPANY

By: _____

Ronald V Cupp as Attorney-in-fact
for the Trustee and Beneficiary,

State of California        )

County of Sonoma        )

On __November 7, 2011__ before me, **Angelle Wertz, Notary Public** _____,
personally appeared **Ronald V Cupp**
who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

RIGHT THUMBPRINT (Optional)

ANGELLE WERTZ
MCI1   COMM. #1802655   MCI1
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

CAPACITY CLAIMED BY SIGNER(S)
☐ INDIVIDUAL(S)
☐ CORPORATE OFFICER(S): (TITLES)
_____
☐ PARTNER(S)     ☐ LIMITED
                 ☐ GENERAL
☒ ATTORNEY IN FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER:_____

SIGNER IS REPRESENTING:
Name of Person(s) or Entity(ies)
_____
_____

**2011098678**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

RONALD CUPP
11/07/2011 01:29 TRUAFF
RECORDING FEE: $22.00    **4** PGS
PAID

CONFORMED COPY

**RECORDING REQUESTED BY:**

Ronald V Cupp

**WHEN RECORDED MAIL TO:**

┌ ┐
NORTH BAY TRUST SERVICES
5959 COMMERCE BLVD #13
ROHNERT PARK, CA 94928
└ ┘

APN 134-251-063-000

SPACE RESERVED FOR RECORDER'S USE

## APPOINTMENT OF SUCCESSOR TRUSTEE /
## NOTICE OF CORRECTION
This is an amendment to Deed of Trust # **89084490**
In the nature of 5 USC 552a, Data Integrity Board Hearing

NOTICE is hereby given to the following **FORMER** parties: **(This notice is to all known parties, past and present), on or affecting Deed of Trust filing # 89084490 filed September 8, 1989; SONOMA COUNTY, STATE OF CALIFORNIA; APN 134-251-063-000, AKA: 4640 ARLINGTON AVENUE, SANTA ROSA, CA 95407**

TRUSTEE: LA MESA TITLE COMPANY
TRUSTEE: T.D. SERVICE COMPANY
BENEFICIARY: WESTERN FEDERAL SAVINGS & LOAN ASSOCIATION
ORIGINAL LENDER: WESTERN FEDERAL SAVINGS & LOAN ASSOCIATION
SUBSSEQUENT LENDER: ALLIANCE MORTGAGE COMPANY
CURRENT LENDER or BENEFICIARY: EVERHOME MORTGAGE COMPANY

of the Fraud of Deed of Trust Number # **89084490** .

Therefore, by order of Ronald V Cupp, Trustor and Settlor of Deed of Trust Number **89084490**,

the above referenced Parties are hereby released without consideration for the fraud.

### NEW PARTIES TO TRUST

Named as new parties to Deed of Trust Number **89084490**, are as follows:

TRUSTEE: NORTH BAY TRUST SERVICES,5959 COMMERCE BLVD #13, ROHNERT PARK, CA 94928

BENEFICIARY: Ronald V Cupp, 4640 Arlington Avenue, Santa Rosa, California Republic, non-domestic

LENDER: Ronald V Cupp, 4640 Arlington Avenue, Santa Rosa, California Republic, non-domestic

## TERMINATION OF TRUST INDENTURES

All previous terms set forth on Deed of Trust Number **89084490**, are hereby revoked as fraud.

## NEW INDENTURE

Duty of new Trustee is to faithfully follow instructions of Ronald V Cupp.  Compensation to Trustee will be by mutual agreement of Ronald V Cupp.  and/or his appointed agent, and (Trustee) as occasion may merit.

## CERTIFICATION

I, Ronald V Cupp, (Trustor), under full liability, do say that I have read the above APPOINTMENT OF SUCCESSOR TRUSTEE / NOTICE OF CORRECTION, and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth.

_____
Ronald V Cupp (Trustor)

_11-7-11_
Date

## JURAT

STATE OF CALIFORNIA )
                     )ss
COUNTY OF SONOMA     )

On this 7thTH day of November, 2011, before me personally appeared Ronald V Cupp, known to me, or proven to me by proper identification, to be the person described herein, and who upon oath executed the within and forgoing NOTICE TO CEASE AND DESIST, and acknowledged that he/ executed the same.

_____
SIGNATURE

_11/7/11_
DATE

(Seal)

My commission expires: ___June 20, 2012___

**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

(Stamp)



ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

All that certain real property situated in the County of Sonoma, State of California, described as follows:

FARMS 234, 235 and 236, as numbered and designated upon the Plan of Subdivision of Santa Rosa Farms No. 3, Sonoma County, California, recorded in the Office of the County Recorder of Sonoma County, California, on October 9, 1911 in Liber 26 of Maps, page 15.

ALSO, that part of Lot 232, described as commencing at the southwesterly corner of said Lot; thence North 1° 31' West, along the dividing line between Lots 232, 234 and 235, a distance of 677.87 feet to the southerly line of that certain tract under Agreement of Sale made by Harvey W. Burson and Bertha Lillian Bode, by Agreement dated August 30, 1934 and recorded in Liber 368 of Official Records, Page 265; thence along the Southerly line of said Bode, North 89° 28' East, 9 feet; thence South 1° 31' East, 677.98 feet to the Southerly line of Lot 232; thence along the Southerly line of said Lot South 89° 28' West, 9 feet to the point of commencement

EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Peter A. Zarins, a married man and John T. Zarins, an unmarried man, dated February 1, 1965 and recorded February 24, 1965 in Liber 2109 of Official Records, page 923, Recorder's Serial No. J-31630, Sonoma County Records.

ALSO EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Edward W. Hartgenbush and Marvin Solland, Trustees for Decillion Associates, dated February 10, 1965 and recorded March 15, 1965 in Liber 2114 of Official Records, Page 19, Recorder's Serial No. J-34327, Sonoma County Records.

ALSO EXCEPTING that portion of Farms 234 and 232, as delineated upon "Plan of Subdivision of Santa Rosa Farms No. 3, recorded October 9, 1911 in Liber 26 of Maps, page 15, Sonoma County Records, particularly described as follows, to-wit:

BEGINNING at a point on the Westerly line of said Farm No. 234, distant thereon 303.00 feet Northerly from the Southwest corner of Farm 234; thence Southerly along said Westerly line 303.00 feet to said Southwest corner; thence Easterly along the Southerly line of said Farm 234, a distance of 650.76 feet to the Southerly corner common to said Farms 234 and 232; thence along the Southerly line of said Farm 232, North 89° 28' East, 9 feet; thence North 1° 31' West, 303.00 feet; thence Westerly in a direct line 659.76 feet, more or less, to said point of beginning.

# ACKNOWLEDGMENT

State of California
County of _____Sonoma_____ )

On _November 7, 2011_____ before me, _Angelle Wertz, Notary Public_____
                                              (insert name and title of the officer)

personally appeared ___Ronald V Cupp, Attorney in Fact_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____          (Seal)

ANGELLE WERTZ
COMM. #1802655
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012
MCI1

# CERTIFICATE OF ADMINISTRATIVE JUDGMENT

STATE OF CALIFORNIA   )
                          ) ss

COUNTY OF SONOMA    )

**PRESENTMENT**   Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of **Ronald V Cupp**            In care of   **Angelle Wertz, 4450 Miles Ave, Santa Rosa, CA 95407**    :
    Claimant                                     Address

did duly present on   **October 31, 2011**   the attached  **NOTICE OF DEFAULT IN DISHONOR, CONSENT TO JUDGMENT**  dated  **October 31, 2011**

to  **Mike Koster, President and COO , Everhome Mortgage Company, 8100 Nations Way, Jacksonville, FL 32256**
    Respondent(s)

signed by  **Ronald V Cupp**       requesting  **Consent to Administrative Judgment**            **,**
a reasonable time having elapsed for a seasonable response thereto.

**JUDGMENT**   Whereupon, the Notary Public signing below, for the reason **consent by non-response**, does publicly and solemnly certify the consent of all parties it may concern by reason of non-response thereof and **stipulations therein**.

**NOTICE**   The undersigned Notary Public, certifies that on  **November 10, 2011**  Notice(s) of Administrative Judgment were sent to the parties noted below by depositing in a depository of the United States Postal Service within the State indicated herein a sealed envelope containing said Notices(s) directed to the respective person(s) or entity(ies) at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| Mike Koster, President & COO | Everhome Mortgage Company, 8100 Nations Way, Jacksonville, FL 32256 |
|  |  |
|  |  |

**TESTIMONY**   In testimony of the above, I have signed my name and attached my official seal

Notary Public

My commission expires:   June 20, 2012

Date **November 10, 2011**

**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

**ANGELLE WERTZ**
COMM. #1802655
NOTARY PUBLIC · CALIFORNIA
SONOMA COUNTY
My Comm. Expires Jun. 20, 2012

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# CERTIFICATE OF NON-RESPONSE/NON-PERFORMANCE

STATE OF CALIFORNIA )
                     ) ss

COUNTY OF SONOMA )

**PRESENTMENT**    Be it known, that, the person signing below, a duly empowered Notary Public, at the request

of **Ronald V Cupp** _____ In care of ___**Angelle Wertz, 4450 Miles Avenue, Santa Rosa, CA 95407**_____ :
        <sub>Claimant</sub>                                        <sub>Address</sub>

                                              NOTICE OF DEFAULT IN DISHONOR, CONSENT TO JUDGMENT

did duly present on ___**October 31, 2011**___ the attached _____ dated ___**October 31, 2011**

to **Mike Koster, President and COO, Everhome Mortgage Company, 8100 Nations Way, Jacksonville, FL 32256**        **7003 3110 0004 3004 1690**

_____

_____

_____

Respondent(s)

signed by **Ronald V Cupp** _____ requesting:

**Accepting Notice of Default in Dishonor, Consent to Judgment, Tender of Setoff, Statement of Account, Granting Specific Power of Attorney,** _____,
the time limit having elapsed for timely response thereto.

**DEFAULT**    Whereupon, the Notary Public signing below, for the reason dishonor by non-response, does publicly and solemnly certify the dishonor as against all parties it may concern by reason of non-response thereof and **stipulations therein.**

**TESTIMONY**    In testimony of the above, I have signed my name and attached my official seal

Notary Public

My commission expires:    **June 20, 2012**

Date **November 10, 2011**

**Angelle Wertz, Notary Public**
**4450 Miles Avenue**
**Santa Rosa, California 95407**

ANGELLE WERTZ<br>
COMM. #1802655<br>
NOTARY PUBLIC · CALIFORNIA<br>
SONOMA COUNTY<br>
My Comm. Expires Jun. 20, 2012

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

SETOFF BOND

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Ronald Cupp
707 974-4816

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Ronald V Cupp
5959 Commerce Blvd #13
Rohnert Park, CA 94928
USA

DOCUMENT NUMBER: 30460690003
FILING NUMBER: 11-7285778995
FILING DATE: 09/25/2011 16:53
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| CUPP | RONALD | V | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5959 COMMERCE BLVD #13 | ROHNERT PARK | CA | 94928 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Cupp | Ronald | V | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 5959 Commerce Blvd #13 | Rohnert Park | CA | 94928 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
THIS IS ACTUAL AND CONSTRUCTIVE NOTICE

All the Debtors interest in the following property is hereby Accepted as collateral for securing contractual obligations in favor of the Secured Party.

1. The Setoff Bond RVCSB0001 in the amount of UP TO $200,000.00
to be used to setoff, settle and close the account
Everhome Mortgage Company. Account/Loan No. 179492 and is tendered to
Timothy F. Geithner ("Secretary")

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| ☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| **9a. ORGANIZATION'S NAME** | | |
| OR **9b. INDIVIDUAL'S LAST NAME** CUPP | **FIRST NAME** RONALD | **MIDDLE NAME, SUFFIX** V |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 30460690003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any | ☐NONE |

**12. ☑ADDITIONAL SECURED PARTY'S or ☐ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME GEITHNER | FIRST NAME TIMOTHY | MIDDLE NAME F | | SUFFIX |
| 12c. MAILING ADDRESS 1500 Pennsylvania Avenue, N.W. | CITY Washington | STATE DC | POSTAL CODE 20220 | COUNTRY USA |

| 13. This FINANCING STATEMENT covers ☐timber to be cut or☐ as-extracted collateral, or is filed as a ☐fixture filing. | 16. Additional collateral description: |
|---|---|
| 14. Description of real estate: | Secretary of the Treasury U.S. Department of the Treasury 1500 Pennsylvania Avenue, N.W. Washington, D.C. 20220 |
| | and |
| | UNITED STATES TREASURY ("PAYEE") 1500 Pennsylvania Avenue N.W. Washington, D.C. 20220 |
| 15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest): | 17. Check only if applicable and check only one box. Debtor is a ☐ Trust or☐ Trustee acting with respect to property held in trust or☐ Decedent's Estate |
| | 18. Check only if applicable and check only one box. ☐ Debtor is a TRANSMITTING UTILITY ☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years ☐ Filed in connection with a Public-Finance Transaction - effective 30 years |

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | | |
|---|---|---|---|
| 19a. ORGANIZATION'S NAME | | | |
| OR | 19b. INDIVIDUAL'S LAST NAME<br>CUPP | FIRST NAME<br>RONALD | MIDDLE NAME, SUFFIX<br>V |

| 20. MISCELLANEOUS: |
|---|
| |

DOCUMENT NUMBER: 30460690003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (21a or 21b) - do not abbreviate or combine names**

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 21d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID#, if any ☐NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (22a or 22b) - do not abbreviate or combine names**

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 22d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID#, if any ☐NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (23a or 23b) - do not abbreviate or combine names**

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 23d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID#, if any ☐NONE |

**24.☑ADDITIONAL SECURED PARTY'S or ☐ASSIGNOR S/P'S NAME - insert only one name (24a or 24b)**

| 24a. ORGANIZATION'S NAME<br>UNITED STATES TREASURY | | | |
|---|---|---|---|
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS<br>1500 Pennsylvania Avenue N.W. | CITY<br>Washington | STATE<br>DC | POSTAL CODE<br>20220 | COUNTRY<br>USA |

**25.☐ADDITIONAL SECURED PARTY'S or ☐ASSIGNOR S/P'S NAME - insert only one name (25a or 25b)**

| 25a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

*REQUEST STATEMENT OF ACCOUNT*

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Ronald Cupp
707-974-4816

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Ronald V Cupp
5959 COMMERCE BLVD #13
Rohnert Park, CA 94928
USA

DOCUMENT NUMBER: 30551830004
FILING NUMBER: 11-7286586256
FILING DATE: 10/03/2011 13:27
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Cupp | Ronald | V | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5959 Commerce Blvd #13 | Rohnert Park | CA | 94928 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME *IF ANY* | | | |
|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Cupp | Monica | Y | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5959 Commerce Blvd #13 | Rohnert Park | CA | 94928 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Everhome Mortgage Company | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8100 Nations Way | Jacksonville | FL | 32256 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is Constructive Notice of a Request Regarding a Statement of Account as a record pursuant to UCC 9-210, to be sent October 6, 2011.

Whereas, on September 26, 2011 instruments of tender for setoff, hereinafter "TENDER", for the setoff of Everhome Mortgage Company ACCOUNT NO. 179492, hereinafter "ACCOUNT", were presented for setoff to: IRS Technical Support Division, c/o Treasury UCC Contract Trust, Internal Revenue Service.

Whereas, on October 6, 2011, the TENDER is deemed accepted for the setoff of the ACCOUNT, pursuant to and evidenced by the records.

THEREFORE, Debtor(s), requests that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| ☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME | | |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | Cupp | Ronald | V |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 30551830004
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| OR | 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|
| | | | | |

**12.** ☑ **ADDITIONAL SECURED PARTY'S or** ☐ **ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

| OR | 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | Alliance Mortgage Company | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8100 Nations Way | Jacksonville | FL | 32256 | USA |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

TENDER, pursuant to and incorporated herein by the agreements of the Request Regarding a Statement of Account.

**15. Name and address of RECORD OWNER of above-described real estate**
(if Debtor does not have a record interest):

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT |
|---|

| 19a. ORGANIZATION'S NAME |
|---|

| OR | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | Cupp | Ronald | V |

| 20. MISCELLANEOUS: |
|---|

DOCUMENT NUMBER: 30551830004
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (21a or 21b) - do not abbreviate or combine names |
|---|

| 21a. ORGANIZATION'S NAME |
|---|

| OR | 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 21d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID#, if any □NONE |
|---|---|---|---|---|

| 22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (22a or 22b) - do not abbreviate or combine names |
|---|

| 22a. ORGANIZATION'S NAME |
|---|

| OR | 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 22d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID#, if any □NONE |
|---|---|---|---|---|

| 23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (23a or 23b) - do not abbreviate or combine names |
|---|

| 23a. ORGANIZATION'S NAME |
|---|

| OR | 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 23d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID#, if any □NONE |
|---|---|---|---|---|

| 24.☑ADDITIONAL SECURED PARTY'S or □ASSIGNOR S/P'S NAME - insert only one name (24a or 24b) |
|---|

| OR | 24a. ORGANIZATION'S NAME T.D. SERVICE COMPANY |
|---|---|

| 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS 1820 E. First Street, Suite 210 | CITY Santa Ana | STATE CA | POSTAL CODE 92711 | COUNTRY USA |
|---|---|---|---|---|

| 25.□ADDITIONAL SECURED PARTY'S or □ASSIGNOR S/P'S NAME - insert only one name (25a or 25b) |
|---|

| 25a. ORGANIZATION'S NAME |
|---|

| OR | 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

FILING OFFICE COPY

*NOTICE OF TENDER FOR SETOFF*

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Ronald Cupp
707-974-4816

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Ronald V Cupp
5959 COMMERCE BLVD #13
Rohnert Park, CA 94928
USA

**DOCUMENT NUMBER:** 30551830003
**FILING NUMBER:** 11-7286580553
**FILING DATE:** 10/03/2011 13:14
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| Cupp | Ronald | | V | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5959 Commerce Blvd #13 | Rohnert Park | CA | 94928 | USA |
| 1d. SEE INSTRUCTIONS  ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 2b. INDIVIDUAL'S LAST NAME  *IR ANY* | FIRST NAME | | MIDDLE NAME | SUFFIX |
| Cupp | Monica | | Y | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5959 Commerce Blvd #13 | Rohnert Park | CA | 94928 | USA |
| 2d. SEE INSTRUCTIONS  ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** Everhome Mortgage Company | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8100 Nations Way | Jacksonville | FL | 32256 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is Constructive Notice of a Notice of Tender for Setoff, to be submitted to the secured party creditors on October 6, 2011, to Zero the Accounts regarding
Everhome Mortgage Company Account No. 179492
Deed of Trust Dated and Recorded on: September 6, 1989
Deed of Trust Filing #: 89-084490 recorded in Sonoma County, California
Property Address: 4640 Arlington Avenue, Santa Rosa, CA 95407
Property Parcel No: 134-251-063-000

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Notice of Setoff Everhome Mortgage Company

**FILING OFFICE COPY**

# CC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | Cupp | Ronald | V |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 30551830003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐NONE |

**12. ☑ADDITIONAL SECURED PARTY'S or ☐ASSIGNOR S/P'S NAME - Insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Alliance Mortgage Company | | | |

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8100 Nations Way | Jacksonville | FL | 32256 | USA |

**13. This FINANCING STATEMENT covers ☐timber to be cut or☐ as-extracted collateral, or is filed as a ☐fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or☐ Trustee acting with respect to property held in trust or☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# CC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**19. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | | | |
|---|---|---|---|
| 19a. ORGANIZATION'S NAME | | | |
| OR | 19b. INDIVIDUAL'S LAST NAME<br>Cupp | FIRST NAME<br>Ronald | MIDDLE NAME, SUFFIX<br>V |

**20. MISCELLANEOUS:**

DOCUMENT NUMBER: 30551830003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (21a or 21b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME | | | | | |
| OR 21b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE / COUNTRY |
| 21d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID#, if any | ☐NONE |

**22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (22a or 22b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | | |
| OR 22b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE / COUNTRY |
| 22d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID#, if any | ☐NONE |

**23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (23a or 23b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | | |
| OR 23b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE / COUNTRY |
| 23d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID#, if any | ☐NONE |

**24. ☑ADDITIONAL SECURED PARTY'S or ☐ASSIGNOR S/P'S NAME - Insert only one name (24a or 24b)**

| | | | | | |
|---|---|---|---|---|---|
| 24a. ORGANIZATION'S NAME<br>T.D. SERVICE COMPANY | | | | | |
| OR 24b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 24c. MAILING ADDRESS<br>1820 E. First Street, Suite 210 | | CITY<br>Santa Ana | STATE<br>CA | POSTAL CODE<br>92711 | COUNTRY<br>USA |

**25. ☐ADDITIONAL SECURED PARTY'S or ☐ASSIGNOR S/P'S NAME - Insert only one name (25a or 25b)**

| | | | | | |
|---|---|---|---|---|---|
| 25a. ORGANIZATION'S NAME | | | | | |
| OR 25b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 25c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY