Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929
Pro Se



FILED
MAY 14 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp<br><br>   Plaintiff,<br><br>vs.<br><br>GENERAL PUBLIC ET AL<br><br>   Defendants. | CASE NO: **CV 12 80 180 MISC EMC**<br><br>FOREVER BENEFIT OF LAND PATIENT in<br>4640 ARLINGTON AVENUE,<br>SANTA ROSA, CA 95407<br>APN: 134-251-063-000 |

**TO ALL PARTIES, ATTORNEY'S OF RECORD AND THE GENERAL PUBLIC:**

THE ATTACHED/FOLLOWING IS FILED/PUBLISHED FOR YOUR KNOWLEDGE, INFORMATION AND PURPOSES AND MAKES THE RECORD OF THE ITEMS WITHIN THE INSTRUMENT(S).

GOVERN YOURSELVES ACCORDINGLY

_____
Ronald Cupp, Plaintiff in Pro Per
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929

# NOTICE OF POSTING

## OF FOURTEEN (14) *DIFFERENT* "DO NOT TRESPASS" POSTINGS
## ON THE SUBJECT PRIVATE LAND (COPIES ATTACHED)
## WITH TIMELY DEMAND TO COMPLY

April 18, 2013

Everhome Mortgage Company
c/o Mike Koster, COO
8100 Nations Way
Jacksonville FL 32256-4405
Certified 7012 1010 0002 7428 3800

Board of Directors FannieMae
Office of the Secretary of the Corporation
Mailstop: 1H 2S 05
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892
Certified 7012 1010 0002 7428 3817

James Dienes/Brian busby
NorCal REO Realty
131-A Stony Circle #518
Santa Rosa, CA 95401
Certified 7012 1010 0002 7428 4043

Trustee Corps
17100 Gillette Avenue
Irvine, CA 92614
Certified 7012 1010 0002 7428 4555

RE: **NOTICE OF ACTION** – Private Land commonly identified as: **4640 Arlington Avenue, Santa Rosa, California Republic** located in the original, underlying California republic, pursuant to the Supremacy Clause of the Constitution for the United States of America.

To All Above Named Parties:

I, the undersigned, Ronald Vernon Cupp, one of the Sovereign People of the State of California hereby states as follows:

The attached fourteen (14) "POSTED – DUE PROCESS - PUBLIC NOTICE – DO NOT TRESPASS" notices are now POSTED on the subject PRIVATE land as of this date. DEMAND is hereby made for these DUE PROCESS – POSTED NOTICES to be presented to any Judge, Judge Pro Tem, Temporary Judge, Retired Judge, Court Commissioner, Court Referee, or Court Hearing Officer that you may involve so that he or she can be forewarned of their liability without immunity standing.

Executed by the voluntary act of My own hand in the old, underlying, original Santa Rosa Township, in the underlying, original California Republic, and is dated this Eighteenth day of the fourth month, in the year two thousand and thirteen, Anno Domini, in the two-hundred and thirty-sixth year of the Independence of America.

_____
Ronald Vernon Cupp

Ronald Vernon Cupp
c/o 4640 Arlington Avenue
Santa Rosa California 95407

# NOTICE OF CLAIM

## AND

## DEMAND FOR A TIMELY RESPONSE
## In the nature of a UNIFORM COMMERCIAL CODE
## PRESENTMENT Document

April 18, 2013

To: All Related Lenders, Servicers and Trustees

Everhome Mortgage Company
c/o Mike Koster, COO
8100 Nations Way
Jacksonville FL 32256-4405
Certified 7012 1010 0002 7428 3800

Board of Directors FannieMae
c/o Office of the Secretary of the Corporation
Mailstop: 1H 2S 05
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892
Certified 7012 1010 0002 7428 3817

James Dienes/Brian busby
NorCal REO Realty
131-A Stony Circle #518
Santa Rosa, CA 95401
Certified 7012 1010 0002 7428 4043

Trustee Corps
17100 Gillette Avenue
Irvine, CA 92614
Certified 7012 1010 0002 7428 4555

RE: Loan/Account No. 179492, for 4640 Arlington Avenue Santa Rosa California 95407

RE: **NOTICE OF ACTION – Private Land commonly identified as: 4640 Arlington Avenue Santa Rosa California 95407, located in the original, underlying California republic, pursuant to the Supremacy Clause of the Constitution for the United States of America found at Article VI, paragraph 2.**

To the above mentioned:

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

I, the undersigned, hereby lawfully claim ALL Sovereign, Allodial Land Ownership Rights, Title, Interest, Estate, Use, and Control regarding my own private land located within an original UNITED STATES LAND PATENT. This is not an attempt to cede from the Union of the United States of America. This is merely a claim of ALL <u>Original</u> Land Ownership Rights, Title, Interest, Estate, Use, and Control AS IT RELATES TO THE SUBJECT PRIVATE LAND, that was recognized by the <u>Original</u> UNITED STATES LAND PATENT regarding the Original UNITED STATES PUBLIC DOMAIN land wherein the UNITED STATES [government] Quit-claim deeded ALL of its SOVEREIGN, ALLODIAL, LAND OWNERSHIP, RIGHTS, TITLE, INTEREST, USE and CONTROL to the private sector with a UNITED STATES LAND PATENT, with the subject UNITED STATES LAND PATENT being signed by the President of the UNITED STATES, and now FOREVER on file and preserved in the UNITED STATES NATIONAL ARCHIVES, as well as the UNITED STATES DEPARTMENT OF THE INTERIOR – BUREAU OF LAND MANAGEMENT (BLM) records.

The public confirmation hearings in the State/County/Parish, clearly failed, refused, or neglected to apply for and receive any type of regulatory or taxing reservations or authority over the future private use of the subject private land.

It can be shown that some UNITED STATES LAND PATENTs provide for many different types of clearly specified "reservations". However it can also be shown that the earliest UNITED STATES LAND PATENTs, most of which were a "recognition" of the earlier FRENCH, SPANISH, and MEXICAN LAND GRANTs, were void of any such "reservations", and actually FOREVER presented the grantee, his heirs, or assigns, with a higher level of

ownership, due to the fact that the old original recognition UNITED STATES LAND PATENTs also "released" all sub-surface Land Ownership Rights, Title, and Interest to the subject private land. It can also be shown that the more recent non-recognition, Quit-claim Deed UNITED STATES LAND PATENTs usually present one or more specific reservations, but to the benefit of the UNITED STATES [government] ONLY. Such specific reservations have become even more numerous with the latest and more recent UNITED STATES LAND PATENTs.

The above stated material historic facts of law bring to mind the old quotation that simply states: **"What is NOT said, is sometimes more eloquent than what IS said."** Comparing such earlier lack of reservations with the reservations of the more recent UNITED STATES LAND PATENTs may be a shock to the reader, but the UNITED STATES LAND PATENT, clearly indicates that the said historically archived UNITED STATES DEPARTMENT OF THE INTERIOR document:

1. DID NOT specifically reserve any Right for the original, underlying, constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA, to possibly, someday, thereon build and maintain Ditches and Canals.
2. DID NOT specifically reserve any Coal prospecting and Mining Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
3. DID NOT specifically reserve any Mineral Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
4. DID NOT specifically reserve any Oil Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
5. DID NOT specifically reserve any Water Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA, specifically for agriculture, mining and industry.
6. DID NOT specifically reserve any Domestic Water Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
7. DID NOT specifically reserve any Regulatory Authority over any surface or subsurface

water to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

8. DID NOT specifically reserve any Taxing Authority over any surface or subsurface water to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA

9. DID NOT specifically reserve any Regulatory Authority over any surface or subsurface "land use" to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

10. DID NOT specifically reserve any Eminent Domain Authority over any surface or subsurface land use to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

11. DID NOT specifically reserve any Condemnation Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

12. DID NOT specifically reserve any Demolition Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

13. DID NOT specifically reserve any Legislative Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

14. DID NOT specifically reserve any Executive Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

15. DID NOT specifically reserve any Judicial Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

16. DID NOT specifically reserve any Administrative Law Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

17. DID NOT specifically reserve any Admiralty/Maritime Law Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent,

overlapping federal, corporate COUNTY OF SONOMA.

18. DID NOT specifically reserve any Civil/Equity Law, Unlawful Detainer Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

19. DID NOT specifically reserve any Criminal Law Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

20. DID NOT specifically reserve any Search and Seizure Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

It therefore appears that, pursuant to any related act of congress, under International Law, the subject private land, is to be considered, and shall be considered, as any Sovereign Land unto itself, with all Rights to function as such, pursuant to the express and/or implied prohibitions and protections of the subject UNITED STATES LAND PATENT, which is considered to be in the nature of any permanent contract between the original parties, their heirs, and assigns, as stated thereon, FOREVER.

**NOTICE:** Regarding the subject private land, the undersigned makes the above claim, nunc pro tunc, (now for then) as of the date when they took ownership, and may do such due to the recently learned above cited information, and due to the fraud, deceit, and misrepresentation, and lack of Full Disclosure regarding the known existence of the subject, still-valid, UNITED STATES LAND PATENT and its powerful prohibitions and protections.

### DEMAND FOR A TIMELY RESPONSE

The undersigned hereby DEMANDS the receiver of this document in the nature of a UNIFORM COMMERCIAL CODE PRESENTMENT, to timely respond to the above-cited VERIFIED PUBLIC NOTICE OF CLAIM within a reasonable ten (10) days. Such response must clearly identify the **"Constitutionally valid Law or Authority"** meaning ANY *"public law"* Constitutional, Article, Section, Sub-section, Paragraph, Sub-paragraph, clause, sentence or Amendment – State or Federal, OR Constitutionally promulgated State Statute or Law, Revised State Statute, OR Federal Statute at Large and any mandated Implementing Regulation, along

with the precise dates of their enactment, and its "effective date".

The term **"Constitutionally valid Law or Authority"** shall EXCLUDE any and ALL lesser state, or county, in-house, *"private law"* – Rules, Regulations, Ordinances, Codes, Manuals, and Titles – those so-called laws that cannot be *directly traced* to a constitutional provision (supra) that was lawfully established for the passing and promulgating of such lesser law.

DEMAND is also made for the alleged, Constitutionally valid law in which the receiver of this Presentment claims superseded or voided the herein referenced UNITED STATES LAND PATENT, along with its prohibitions and protections that were therein clearly declared to be FOREVER.

Response is hereby timely demanded as stated above, as time is of the essence. Should there be any default, the Doctrine of Estopple by Acquiescence shall prevail.

Executed by the voluntary act of My own hand in the old, underlying, original Santa Rosa Township, in the underlying, original California Republic, and is dated this Eighteenth day of the fourth month, in the year two thousand and thirteen, Anno Domini, in the two-hundred and thirty-sixth year of the Independence of America.

_____
Ronald Vernon Cupp

# NOTICE OF POSTING

### OF FOURTEEN (14) *DIFFERENT* "DO NOT TRESPASS" POSTINGS ON THE SUBJECT PRIVATE LAND (COPIES ATTACHED) WITH TIMELY DEMAND TO COMPLY

April 18, 2013

Board of Supervisors & Successors
County of Sonoma
575 Administration Drive
Santa Rosa, CA 95403
Certified 7012 1010 0002 7428 4562

Sheriff Steve Freitas & Successors
Sonoma County Sheriff's Office
2796 Ventura Avenue
Santa Rosa, CA 95403
Certified 7012 1010 0002 7428 4579

Chief Tom Schwedhelm & Successors
City of Santa Rosa Police Department
965 Sonoma Avenue
Santa Rosa, CA 95404
Certified 7012 1010 0002 7428 5545

Caroline Fowler, City Attorney
Office of City Attorney & Successor
100 Santa Rosa Avenue, Room 10
Santa Rosa, CA 95404
Certified 7012 1010 0002 7428 5552

Office of Mayor & City Council
100 Santa Rosa Avenue, Room 10
Santa Rosa, CA 95404
Certified 7012 1010 0002 7428 5569

**RE: NOTICE OF ACTION** – Private Land commonly identified as: **4640 Arlington Avenue, Santa Rosa, California Republic located in the original, underlying California republic, pursuant to the Supremacy Clause of the Constitution for the United States of America.**

To All Above Named Parties:

I, the undersigned, Ronald Vernon Cupp, one of the Sovereign People of the State of California hereby states as follows:

The attached fourteen (14) "POSTED – DUE PROCESS - PUBLIC NOTICE – DO NOT TRESPASS" notices are now POSTED on the subject PRIVATE land as of this date. DEMAND is hereby made for these DUE PROCESS – POSTED NOTICES to be presented to any Judge, Judge Pro Tem, Temporary Judge, Retired Judge, Court Commissioner, Court Referee, or Court Hearing Officer that you may involve so that he or she can be forewarned of their liability without immunity standing.

Executed by the voluntary act of My own hand in the old, underlying, original Santa Rosa Township, in the underlying, original California Republic, and is dated this Eighteenth day of the fourth month, in the year two thousand and thirteen, Anno Domini, in the two-hundred and thirty-sixth year of the Independence of America.

Ronald Vernon Cupp

Ronald Vernon Cupp
c/o 4640 Arlington Avenue
Santa Rosa California 95407

# NOTICE OF CLAIM

## AND

## DEMAND FOR A TIMELY RESPONSE
## In the nature of a UNIFORM COMMERCIAL CODE
## PRESENTMENT Document

April 18, 2013

To:     All Related Purported Local Authorities and Trustees

Board of Supervisors & Successors
County of Sonoma
575 Administration Drive
Santa Rosa, CA 95403
Certified 7012 1010 0002 7428 4562

Chief Tom Schwedhelm & Successors
City of Santa Rosa Police Department
965 Sonoma Avenue
Santa Rosa, CA 95404
Certified 7012 1010 0002 7428 5545

Sheriff Steve Freitas & Successors
Sonoma County Sheriff's Office
2796 Ventura Avenue
Santa Rosa, CA 95403
Certified 7012 1010 0002 7428 4579

Caroline Fowler, City Attorney
Office of City Attorney & Successor
100 Santa Rosa Avenue, Room 10
Santa Rosa, CA 95404
Certified 7012 1010 0002 7428 5552

Office of Mayor & City Council
100 Santa Rosa Avenue, Room 10
Santa Rosa, CA 95404
Certified 7012 1010 0002 7428 5569

RE:     NOTICE OF ACTION – Private Land commonly identified as: 4640 Arlington Avenue Santa Rosa California 95407, located in the original, underlying California republic, pursuant to the Supremacy Clause of the Constitution for the United States of America found at Article VI, paragraph 2.

To the above mentioned:

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

I, the undersigned, hereby lawfully claim ALL Sovereign, Allodial Land Ownership Rights, Title, Interest, Estate, Use, and Control regarding my own private land located within an original UNITED STATES LAND PATENT. This is not an attempt to cede from the Union of the United States of America. This is merely a claim of ALL <u>Original</u> Land Ownership Rights, Title, Interest, Estate, Use, and Control AS IT RELATES TO THE SUBJECT PRIVATE LAND, that was recognized by the <u>Original</u> UNITED STATES LAND PATENT regarding the Original UNITED STATES PUBLIC DOMAIN land wherein the UNITED STATES [government] Quit-claim deeded ALL of its SOVEREIGN, ALLODIAL, LAND OWNERSHIP, RIGHTS, TITLE, INTEREST, USE and CONTROL to the private sector with a UNITED STATES LAND PATENT, with the subject UNITED STATES LAND PATENT being signed by the President of the UNITED STATES, and now FOREVER on file and preserved in the UNITED STATES NATIONAL ARCHIVES, as well as the UNITED STATES DEPARTMENT OF THE INTERIOR – BUREAU OF LAND MANAGEMENT (BLM) records.

The public confirmation hearings in the State/County/Parish, clearly failed, refused, or neglected to apply for and receive any type of regulatory or taxing reservations or authority over the future private use of the subject private land.

It can be shown that some UNITED STATES LAND PATENTs provide for many different types of clearly specified "reservations". However it can also be shown that the earliest UNITED STATES LAND PATENTs, most of which were a "recognition" of the earlier FRENCH, SPANISH, and MEXICAN LAND GRANTs, were void of any such "reservations", and actually FOREVER presented the grantee, his heirs, or assigns, with a higher level of ownership, due to the fact that the old original recognition UNITED STATES LAND PATENTs also "released" all sub-surface Land Ownership Rights, Title, and Interest to the subject private land. It can also be shown that the more recent non-recognition, Quit-claim Deed UNITED STATES LAND PATENTs usually present one or more specific reservations, but to the benefit of the UNITED STATES [government] ONLY. Such specific reservations have become even more numerous with the latest and more recent UNITED STATES LAND PATENTs.

The above stated material historic facts of law bring to mind the old quotation that simply states: **"What is NOT said, is sometimes more eloquent than what IS said."** Comparing such earlier lack of reservations with the reservations of the more recent UNITED STATES LAND PATENTs may be a shock to the reader, but the UNITED STATES LAND PATENT, clearly indicates that the said historically archived UNITED STATES DEPARTMENT OF THE INTERIOR document:

1. DID NOT specifically reserve any Right for the original, underlying, constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA, to possibly, someday, thereon build and maintain Ditches and Canals.
2. DID NOT specifically reserve any Coal prospecting and Mining Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
3. DID NOT specifically reserve any Mineral Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
4. DID NOT specifically reserve any Oil Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
5. DID NOT specifically reserve any Water Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA, specifically for agriculture, mining and industry.
6. DID NOT specifically reserve any Domestic Water Rights to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
7. DID NOT specifically reserve any Regulatory Authority over any surface or subsurface water to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.
8. DID NOT specifically reserve any Taxing Authority over any surface or subsurface water to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA
9. DID NOT specifically reserve any Regulatory Authority over any surface or subsurface

"land use" to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

10. DID NOT specifically reserve any Eminent Domain Authority over any surface or subsurface land use to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

11. DID NOT specifically reserve any Condemnation Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

12. DID NOT specifically reserve any Demolition Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

13. DID NOT specifically reserve any Legislative Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

14. DID NOT specifically reserve any Executive Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

15. DID NOT specifically reserve any Judicial Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

16. DID NOT specifically reserve any Administrative Law Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

17. DID NOT specifically reserve any Admiralty/Maritime Law Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

18. DID NOT specifically reserve any Civil/Equity Law, Unlawful Detainer Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

19. DID NOT specifically reserve any Criminal Law Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent,

overlapping federal, corporate COUNTY OF SONOMA.

20. DID NOT specifically reserve any Search and Seizure Authority over the subject land to the original, underlying constitutionally valid Sonoma County, as well as the subsequent, overlapping federal, corporate COUNTY OF SONOMA.

It therefore appears that, pursuant to any related act of congress, under International Law, the subject private land, is to be considered, and shall be considered, as any Sovereign Land unto itself, with all Rights to function as such, pursuant to the express and/or implied prohibitions and protections of the subject UNITED STATES LAND PATENT, which is considered to be in the nature of any permanent contract between the original parties, their heirs, and assigns, as stated thereon, FOREVER.

**NOTICE:** Regarding the subject private land, the undersigned makes the above claim, nunc pro tunc, (now for then) as of the date when they took ownership, and may do such due to the recently learned above cited information, and due to the fraud, deceit, and misrepresentation, and lack of Full Disclosure regarding the known existence of the subject, still-valid, UNITED STATES LAND PATENT and its powerful prohibitions and protections.

## DEMAND FOR A TIMELY RESPONSE

The undersigned hereby DEMANDS the receiver of this document in the nature of a UNIFORM COMMERCIAL CODE PRESENTMENT, to timely respond to the above-cited VERIFIED PUBLIC NOTICE OF CLAIM within a reasonable ten (10) days. Such response must clearly identify the **"Constitutionally valid Law or Authority"** meaning ANY *"public law"* Constitutional, Article, Section, Sub-section, Paragraph, Sub-paragraph, clause, sentence or Amendment – State or Federal, OR Constitutionally promulgated State Statute or Law, Revised State Statute, OR Federal Statute at Large and any mandated Implementing Regulation, along with the precise dates of their enactment, and its "effective date".

The term **"Constitutionally valid Law or Authority"** shall EXCLUDE any and ALL lesser state, or county, in-house, *"private law"* – Rules, Regulations, Ordinances, Codes, Manuals, and Titles – those so-called laws that cannot be *directly traced* to a constitutional provision (supra) that was lawfully established for the passing and promulgating of such lesser

law.

DEMAND is also made for the alleged, Constitutionally valid law in which the receiver of this Presentment claims superseded or voided the herein referenced UNITED STATES LAND PATENT, along with its prohibitions and protections that were therein clearly declared to be FOREVER.

Response is hereby timely demanded as stated above, as time is of the essence. Should there be any default, the Doctrine of Estopple by Acquiescence shall prevail.

Executed by the voluntary act of My own hand in the old, underlying, original Santa Rosa Township, in the underlying, original California Republic, and is dated this Eighteenth day of the fourth month, in the year two thousand and thirteen, Anno Domini, in the two-hundred and thirty-sixth year of the Independence of America.

_____
Ronald Vernon Cupp