Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929
Pro Se

**FILED**
JUN -8 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL PUBLIC ET AL<br><br>    Defendants. | CASE NO: **CV 12 80 180 MISC EMC**<br><br>NOTICE OF PRIVATE COMMERCIAL LIEN-RECORDERS DOC #2012045393<br>UCCI FINANCING DOC #31501130002<br>FILING #11-7295239120 DATE:12-27-2011<br>BY RANDALL CUPP<br>4640 ARLINGTON AVENUE,<br>SANTA ROSA, CA 95407<br>APN: 134-251-063-000 |

**TO ALL PARTIES, ATTORNEY'S OF RECORD AND THE GENERAL PUBLIC:**

THE ATTACHED/FOLLOWING IS FILED/PUBLISHED FOR YOUR KNOWLEDGE, INFORMATION AND PURPOSES AND MAKES THE RECORD OF THE ITEMS WITHIN THE INSTRUMENT(S).

GOVERN YOURSELVES ACCORDINGLY

_____
Ronald Cupp, Plaintiff in Pro Per
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929

Page | 1

**RECORDING REQUESTED BY:**

RANDALL L Cupp

**WHEN RECORDED MAIL TO:**

RANDALL L CUPP
15 ECHO AVENUE
CORTE MADERA, CA 94925

APN 134-251-063

**2012045393**

OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
05/11/2012 08:16 UCCN
RECORDING FEE: $20.00
PAID

3 PGS



CONFORMED COPY

SPACE RESERVED FOR RECORDER'S USE

Ucc1 Financing Statement Document No. 31501130002,

Filing No. 11-7295239120

Dated 12-27-2011

Property Address: 4640 Arlington Avenue, Santa Rosa, Ca

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Randall Cupp
707-974-0745

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Randall Lee Cupp
4640 Arlington Avenue
Santa Rosa, CA 95407
USA

DOCUMENT NUMBER: 31501130002
FILING NUMBER: 11-7295239120
FILING DATE: 12/27/2011 11:14
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | |
| OR 1b. INDIVIDUAL'S LAST NAME: Cupp | FIRST NAME: Ronald | MIDDLE NAME: V | SUFFIX |
| 1c. MAILING ADDRESS: 5959 Commerce Blvd #13 | CITY: Rohnert Park | STATE: CA  POSTAL CODE: 94928 | COUNTRY: USA |
| 1d. SEE INSTRUCTIONS  ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any  ☐NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | |
| OR 3b. INDIVIDUAL'S LAST NAME: Cupp | FIRST NAME: Randall | MIDDLE NAME: Lee | SUFFIX |
| 3c. MAILING ADDRESS: 4640 Arlington Avenue | CITY: Santa Rosa | STATE: CA  POSTAL CODE: 95407 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is constructive notice of Private Commercial Lien thru Default and Judgment in Nihil Dicit, IN THE AMOUNT OF TWO MILLION FOUR HUNDRED THOUSAND DOLLARS IN LAWFUL MONEY OF THE UNITED STATES ($2,400,000.00) Part of the Surety is the Real Property used as security:

Property description known as
Sonoma County California
4640 Arlington Avenue
Santa Rosa, Ca 95407
APN 134-251-063-000

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

☒**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
APN 134-251-063-000

FILING OFFICE COPY

All that certain real property situated in the County of Sonoma, State of California, described as follows:

FARMS 234, 235 and 236, as numbered and designated upon the Plan of Subdivision of Santa Rosa Farms No. 3, Sonoma County, California, recorded in the Office of the County Recorder of Sonoma County, California, on October 9, 1911 in Liber 26 of Maps, page 15.

ALSO, that part of Lot 232, described as commencing at the southwesterly corner of said Lot; thence North 1° 31' West, along the dividing line between Lots 232, 234 and 235, a distance of 677.87 feet to the southerly line of that certain tract under Agreement of Sale made by Harvey W. Burson and Bertha Lillian Bode, by Agreement dated August 30, 1934 and recorded in Liber 368 of Official Records, Page 265; thence along the Southerly line of said Bode, North 89° 28' East, 9 feet; thence South 1° 31' East, 677.98 feet to the Southerly line of Lot 232; thence along the Southerly line of said Lot South 89° 28' West, 9 feet to the point of commencement

EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Peter A. Zarins, a married man and John T. Zarins, an unmarried man, dated February 1, 1965 and recorded February 24, 1965 in Liber 2109 of Official Records, page 923, Recorder's Serial No. J-31630, Sonoma County Records.

ALSO EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Edward W. Hartgenbush and Marvin Solland, Trustees for Decillion Associates, dated February 10, 1965 and recorded March 15, 1965 in Liber 2114 of Official Records, Page 19, Recorder's Serial No. J-34327, Sonoma County Records.

ALSO EXCEPTING that portion of Farms 234 and 232, as delineated upon "Plan of Subdivision of Santa Rosa Farms No. 3, recorded October 9, 1911 in Liber 26 of Maps, page 15, Sonoma County Records, particularly described as follows, to-wit:

BEGINNING at a point on the Westerly line of said Farm No. 234, distant thereon 303.00 feet Northerly from the Southwest corner of Farm 234; thence Southerly along said Westerly line 303.00 feet to said Southwest corner; thence Easterly along the Southerly line of said Farm 234, a distance of 650.76 feet to the Southerly corner common to said Farms 234 and 232; thence along the Southerly line of said Farm 232, North 89° 28' East, 9 feet; thence North 1° 31' West, 303.00 feet; thence Westerly in a direct line 659.76 feet, more or less, to said point of beginning.

A.P. No. 134-251-34

## AFFIDAVIT OF TRUTH

### This is a verified plain statement of truth

I, Randall Lee Cupp, On our about January 1, 1999 agreed to purchase half of the property known as 4640 Arlington Avenue, Santa Rosa, CA (APN 134-251-063) from Ronald V Cupp. My monthly payment was to be $2000 per month and I made it for 10 years. At the time of the purchase agreement, we agreed the value to be at $600,000.00 in total, or $300,000 for my half. As of this date Ronald V Cupp has defaulted on the sale of my half.

I, Randall Lee Cupp, certify on my own commercial liability that I have read the above affidavit and do know the contents to be true, correct and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and do believe the above described acts to have been committed contrary to law.

Dated: 12-3-11

Signed: _____
Randall Lee Cupp
4640 Arlington Avenue
Santa Rosa, CA 95407

Witness:

_____                    _____
Steve Kumpe                         Elias Stavrinides

Served on 12-3-11                   Served On: Ronald V Cupp

Served by: _____
Steve Kumpe

Served on Ronald V Cupp on 12-13-11 2 pm

Served by: _____
Steve Kumpe

# Affidavit of Obligation
## Commercial Lien
### (This is a verified plain statement of fact)

**Maxims:**

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgement in commerce.

<u>Guaranteed</u>—All men shall have a remedy by the due course of law. If a remedy does not exist, <u>or if the existing remedy has been subverted,</u> then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.

The <u>Legitimate Political Power</u> of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

Municipal corporations which include cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

In commerce, it is a felony for the Officer of a Political/Public Office to not receive and report a Claim to its Bonding Company, and it is a felony for the agent of a Bonding Company to not pay the Claim.

If a Bonding Company does not get a malfeasant public official prosecuted for criminal malpractice within sixty (60) days then it must pay the full face value of a defaulted Lien process (at 90 days)

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

1

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to agent.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS  All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim-a-facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.

**Parties:**

Randall Lee Cupp/LIEN CLAIMANT
4640 Arlington Avenue
Santa Rosa, CA [95407]

Ronald V Cupp/ LIEN DEBTOR
5959 Commerce Blvd #13
Rohnert Park, CA [94928]

JOHN DOES 1-10

**Allegations:**

Allegations arise from the conduct (intentional breach of contract) of Ronald V Cupp. The allegations that follow are recorded in "AFFIDAVIT OF TRUTH" On or about January 1, 1999  I agreed with my brother Ronald V Cupp, agreed to purchase half of the property known as 4640 Arlington Avenue, Santa Rosa, CA  (APN 134-251-063) from Ronald V Cupp. My monthly payment was to be $2000 per month and I made it for 10 years. At the time of the purchase agreement, we agreed the value to be at $600,000.00 in total, or $300,000 for my half. As of this date Ronald V Cupp has defaulted on the sale of my half.

**PROOF OF ALLEGATIONS:**
see  AFFIDAVIT OF TRUTH (copy attached)
See Proof of Service dated December 3, 2011
See Affidavit of Non-Response/Performance dated December 13, 2011

2

### Ledgering:

Ledgering for restitution for actual damages and/or punitive damages are as follows:
Unintentional damage is restitution of actual damages plus damages times Three (3), Intentional damage is restitution of actual damage plus damages times Seven (7).

Actual damages were the Initial agreed upon value of $300,000.00 (my half of the house), and Intentional Damages of $300,000.00 x 7 or $2,100,000.00; for a total of $2,400,000.00 Two Million Four Hundred Thousand Dollars Even.

### Surety

The surety/property utilized to guarantee the payment of this commercial lien is the Real Property of the Lien Debtors (4640 Arlington Avenue, Santa Rosa, Ca APN 134-251-063). If Bond(s) of the Lien Debtors is/are insufficient for coverage, or if no bonds are available, then the property of the Lien Debtors to include all assets (whether stated or not), the real and moveable property, vehicles/trucks and equipment, stocks and bonds, accounts receivables, and bank and savings accounts of the Lien Debtors except wedding rings, keepsakes, family photographs, diaries, journals, etc., and the property normally exempted in the lien process (includes survival provisions).

I, Randall Lee Cupp, certify on my own full commercial liability that I have read the above affidavit and do know the contents to be true, correct and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and do believe that the above described acts have been committed contrary to law.

Randall Lee Cupp
4640 Arlington Avenue
Santa Rosa, CA [95407]

Witness:

Steve Kumpe

Elias Stavrinides

Response by Lien Debtor must be served on Randall Lee Cupp/Lien Claimant exactly as provided:
Randall Lee Cupp
c/o Steve Kumpe
4640 Arlington Avenue
Santa Rosa, Ca [95407]

Served on Lien Debtor on  12-13-11  10:15 AM

Served by: _____
Steve Kumpe

3

# NOTICE OF FAULT AND OPPORTUNITY TO CURE

**Parties:**  Randall Lee Cupp/LIEN CLAIMANT
4640 Arlington Avenue
Santa Rosa, CA [95407]

Ronald V Cupp/ LIEN DEBTOR
5959 Commerce Blvd #13
Rohnert Park, CA [94928]

JOHN DOES 1-10

"AFFIDAVIT OF OBLIGATION"

VERIFICATION

Sonoma County            )
                         )   Verified Declaration
The State of California)

Declarant, Randall Lee Cupp, on his Commercial Oath with unlimited liability, proceeding in good faith, being of sound mind states: the facts contained herein are true, correct, and complete and not misleading to the best of Declarant's private first hand knowledge and understanding "So-help-me-God" under penalty of International Commercial Law.

_____
Randall Lee Cupp

Witness:

_____       _____
Steve Kumpe                 Elias Stawinides

STATEMENT OF FACTS

1. On or about 12-13-11 Ronald V Cupp/Lien Debtors received service of Affidavit of Obligation Commercial Lien.
2. Ronald V Cupp/Lien Debtor as of the 23th of December 2011 has not responded to the Affidavit of Obligation Commercial Lien nor effected the remedy.
3. Ronald V Cupp/Lien Debtor is at fault.
4. As an operation of law Lien Debtor by dishonor of Affidavit of Obligation Commercial Lien have created a fault.

## OPPORTUNITY TO CURE

In the event that Lien Debtor(s)'s failure to take the remedy offered in AFFIDAVIT OF OBLIGATION was an oversight, mistake or otherwise unintentional, Randall Lee Cupp/Lien Claimant grants Lien Debtor three (3) days, exclusive of the day of receipt, to cure the fault and effect the remedy.

Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Lien Debtor(s) through *tacit procuration* to the Affidavit of Obligation Commercial Lien and the whole matter shall be deemed *res judicata and stare decisis*.

Response by Lien Debtor must be served on Randall Lee Cupp/Lien Claimant exactly as provided:

> Randall Lee Cupp
> c/o Steve Kumpe
> 4640 Arlington Avenue
> Santa Rosa, Ca [95407]

Randall Lee Cupp/Lien Claimant awaits Lien Debtor's timely response.

Given under my hand and seal this the 23rd day of December, 2011.

By: _____
Randall Lee Cupp/Lien Claimant

Witness: _____       _____
Steve Kumpe                                                               Elias Stavrinides

Served on Lien Debtor on __12-23-11__  __1:46 pm__

Served by: _____
Steve Kumpe

## NOTICE OF DEFAULT

**Parties:**  Randall Lee Cupp/LIEN CLAIMANT
4640 Arlington Avenue
Santa Rosa, CA [95407]

Ronald V Cupp/ LIEN DEBTOR
5959 Commerce Blvd #13
Rohnert Park, CA [94928]

JOHN DOES 1-10

"AFFIDAVIT OF OBLIGATION"

VERIFICATION

Sonoma County          )
                       )  Verified Declaration
The State of California)

Declarant, Randall Lee Cupp, on his Commercial Oath with unlimited liability, proceeding in good faith, being of sound mind states: the facts contained herein are true, correct, and complete and not misleading to the best of Declarant's private first hand knowledge and understanding "So-help-me-God" under penalty of International Commercial Law.

_____
Randall Lee Cupp

Witness:

_____          _____
Steve Kumpe                       Elias Stavrinides

### STATEMENT OF FACTS

1. On or about 12-23-11 Ronald V Cupp/Lien Debtors received service of Notice of Fault-Opportunity to Cure of Affidavit of Obligation Commercial Lien.
2. Ronald V Cupp/Lien Debtor as of the 27th of December 2011 has not responded to the Affidavit of Obligation Commercial Lien nor effected the remedy.
3. Ronald V Cupp/Lien Debtor is in Default.

## NOTICE OF DEFAULT- FINAL DETERMINATION AND JUDGMENT IN NIHIL DICIT

By the terms and conditions of the proceeding lien and notice of fault you are under obligation to timely and in good faith respond or make proper answer with proof of your claim. Your failure to do so is a dishonor and places you at default.

By your default, you are deemed to be in bad faith, violation of public trust, bond, and/or ministerial duty to do that which is right, that you have instanter waived, yielded up any claim to your original claim.

This matter is stare decisis and res judicata and lien debtors are in estoppel by their failure to respond.

Given under my hand and seal this the 27th day of December, 2011.

By: _____
Randall Lee Cupp/Lien Claimant

Witness:

_____          _____
Steve Kumpe                                    Elias Stavrinides

Served on Lien Debtor on  12-27-11  12:40 pm

Served by: _____
Steve Kumpe