Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929
Pro Se



FILED
JUN 17 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ronald Cupp

    Plaintiff,

vs.

GENERAL PUBLIC ET AL

    Defendants.

CASE NO: **CV 12 80 180 MISC EMC**

NOTICE OF AFFIDAVIT OF INTEREST of RANDALL CUPP in
4640 ARLINGTON AVENUE,
SANTA ROSA, CA 95407
APN: 134-251-063-000

**TO ALL PARTIES, ATTORNEY'S OF RECORD AND THE GENERAL PUBLIC:**

THE ATTACHED/FOLLOWING IS FILED/PUBLISHED FOR YOUR KNOWLEDGE,

INFORMATION AND PURPOSES AND MAKES THE RECORD OF THE ITEMS WITHIN

THE INSTRUMENT(S).

GOVERN YOURSELVES ACCORDINGLY

Ronald Cupp, Plaintiff in Pro Per
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929

Page | 1

Randall Cupp
15 Echo Avenue
Corte Madera, California [94925]
Non Domestic without the US

## AFFIDAVIT OF INTEREST OF Randall Cupp

STATE OF CALIFORNIA )
~~COUNTY OF~~ MARIN ss
COUNTY OF ~~SONOMA~~ )

Comes now, Randall Cupp, Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. Your Affiant, Randall Cupp, entered into an agreement on or about October 1989 to purchase and domicile in said property.

2. Your Affiant, Randall Cupp, notices that the address of said property is 4640 Arlington Avenue, Santa Rosa, CA [95407], APN: 134-251-063

3. Your Affiant, Randall Cupp, notices that the legal description of said property is as attached. See exhibit A & page 3.

4. As of today's date, Your Affiant, Randall Cupp, had costs, agreements and has made payments totaling $2,471,200.00 and is recognized as his secured interest. See exhibit B.

5. To date, no party has made any offer to Your Affiant, Randall Cupp, to settle Affiant's interest in said property.

4. Further, Affiant sayeth naught.

Signature _____ Date: June 11, 2015
Randall Cupp

State of California
County of Sonoma
Subscribed and sworn to (or affirmed) before me on this _____ day of June, 2015 by Randall Cupp, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA COUNTY OF MARIN
Subscribed and sworn to (or affirmed) before me on this 11 day of JUNE, 2015 by RANDALL CUPP
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
(Signature of Notary)

HOWARD SALKIN
Commission # 1941002
Notary Public - California
Marin County
My Comm. Expires Jul 12, 2015

# EXHIBIT A

## *PROPERTY LEGAL DESCRIPTION*

PHYSICAL ADRESS:

4640 Arlington Avenue, Santa Rosa, CA [95407]

*Legal Description*

APN 134-251-063-000, AKA: 4640 ARLINGTON AVENUE, SANTA ROSA, CA 95407
'LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF'
To be my private property in sole ownership. Affirmed

# EXHIBIT B
## *AGREEMENTS AND PAYMENTS*

Monthly payments and improvements totaling: Five Hundred Forty Four Thousand Dollars Even. Total Dollar Amount is $544,000.00.

Management 22 years ($10 per hour x 24 hour day x 365 days x 22 years): One Million Nine Hundred Twenty Seven Thousand Two Hundred Dollars Even. Total Dollars Amount is $1,927,200.00

Total Personal Interest in Property: Two Million Four Hundred Seventy One Thousand Two Hundred Dollars Even. Total Dollar Amount of Interest: $2,471,200.00

All that certain real property situated in the County of Sonoma, State of California, described as follows:

FARMS 234, 235 and 236, as numbered and designated upon the Plan of Subdivision of Santa Rosa Farms No. 3, Sonoma County, California, recorded in the Office of the County Recorder of Sonoma County, California, on October 9, 1911 in Liber 26 of Maps, page 15.

ALSO, that part of Lot 232, described as commencing at the southwesterly corner of said Lot; thence North 1° 31' West, along the dividing line between Lots 232, 234 and 235, a distance of 677.87 feet to the southerly line of that certain tract under Agreement of Sale made by Harvey W. Burson and Bertha Lillian Bode, by Agreement dated August 30, 1934 and recorded in Liber 368 of Official Records, Page 265; thence along the Southerly line of said Bode, North 89° 28' East, 9 feet; thence South 1° 31' East, 677.98 feet to the Southerly line of Lot 232; thence along the Southerly line of said Lot South 89° 28' West, 9 feet to the point of commencement

EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Peter A. Zarins, a married man and John T. Zarins, an unmarried man, dated February 1, 1965 and recorded February 24, 1965 in Liber 2109 of Official Records, page 923, Recorder's Serial No. J-31630, Sonoma County Records.

ALSO EXCEPTING therefrom that portion contained in the Deed from Warren T. Pritchard and Dorothy L. Pritchard, his wife, to Edward W. Hartgenbush and Marvin Solland, Trustees for Decillion Associates, dated February 10, 1965 and recorded March 15, 1965 in Liber 2114 of Official Records, Page 19, Recorder's Serial No. J-34327, Sonoma County Records.

ALSO EXCEPTING that portion of Farms 234 and 232, as delineated upon "Plan of Subdivision of Santa Rosa Farms No. 3, recorded October 9, 1911 in Liber 26 of Maps, page 15, Sonoma County Records, particularly described as follows, to-wit:

BEGINNING at a point on the Westerly line of said Farm No. 234, distant thereon 303.00 feet Northerly from the Southwest corner of Farm 234; thence Southerly along said Westerly line 303.00 feet to said Southwest corner; thence Easterly along the Southerly line of said Farm 234, a distance of 650.76 feet to the Southerly corner common to said Farms 234 and 232; thence along the Southerly line of said Farm 232, North 89° 28' East, 9 feet; thence North 1° 31' West, 303.00 feet; thence Westerly in a direct line 659.76 feet, more or less, to said point of beginning.

A.P. No. 134-251-34